ORIGINAL

**SEALED**

BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 16, 2020, 2:12 pm
Michelle Rynne, Clerk of Court

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CHRIS THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9249
Facsimile: (808) 541-2958
Email: Chris.Thomas@usdoj.gov

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

CHRISTOPHER J. PERRAS
Special Litigation Counsel
TARA ALLISON
Trial Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 307-6962
Facsimile: (202) 514-6588
Email: Christopher.Perras@usdoj.gov
Tara.Allison@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KAULANA ALO KAONOHI, and (01) <br> LEVI AKI, JR.                           (02) <br><br> Defendants. | CR. NO. **20-00136 JMS** <br><br> INDICTMENT <br><br> [18 U.S.C. § 249] |

INDICTMENT

The Grand Jury charges:

Count 1
Hate Crime
(18 U.S.C. § 249)

On or about February 13, 2014, in the District of Hawaii, Defendants KAULANA ALO KAONOHI and LEVI AKI, JR., while aiding and abetting one another, willfully caused bodily injury to C.K., and attempted to cause bodily injury to C.K. through the use of a dangerous weapon (a shovel), because of C.K.'s actual and perceived race and color.

All in violation of Title 18, United States Code, Section 249.

DATED: December 16, 2020, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

ERIC S. DREIBAND Assistant
Attorney General Civil Rights
Division

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

_____
CHRISTOPHER J. PERRAS
Special Litigation Counsel

_____ BY: ____
TARA ALLISON
Trial Attorney