**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2022

at 3 o'clock and 25 min. P M
CLERK, U.S. District Court

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA v. Alo-Kaonohi, et al.   Case No.: 1:20-cr-00136-JMS

Presiding District or Magistrate Judge: District Judge J. Michael Seabright

Media Outlet: Honolulu Star-Advertiser

Representative(s): Jackson Truesdale

Email Address To Send Completed Request Form: jtruesdale@staradvertiser.com

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| Aug. 16, 2022 | 9 AM | Trial |
| | | + Subsequent sessions until trial completes |
| | | |
| | | |
| | | |

DATED: Aug. 8, 2022   SIGNATURE: _____

PRINTED NAME: Jackson Truesdale

IT IS SO ORDERED.

☑ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: 8/8/22   _____ J Michael _____