| | |
|---|---|
| CLARE E. CONNORS #7936<br>United States Attorney<br>District of Hawaii | KRISTEN M. CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| CHRIS A. THOMAS #3514<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii  96850<br>Telephone: (808) 541-2850<br>Facsimile: (808) 541-2958<br>Email: Chris.Thomas@usdoj.gov | CHRISTOPHER J. PERRAS<br>Special Litigation Counsel<br>TARA ALLISON<br>Trial Attorney<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 307-6962<br>Facsimile: (202) 514-6588<br>Email: Christopher.Perras@usdoj.gov<br>              Tara.Allison@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                           Plaintiff,         )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>KAULANA ALO-KAONOHI, (01)  )<br>LEVI AKI, JR.                        (02)  )<br>                                                          )<br>                           Defendants.  )<br>_____ ) | CR. NO. 20-00136 JMS<br><br>GOVERNMENT'S<br>WITNESS LIST<br><br><br>TRIAL:  August 16, 2022<br>TIME:    9:00 A.M.<br>JUDGE:  J. MICHAEL SEABRIGHT |

**GOVERNMENT'S WITNESS LIST**

The United States of America, by and through the undersigned attorneys, hereby submits its proposed list of potential witnesses for its case-in-chief. The Government does not commit to calling all of the listed witnesses or to calling them in the order listed. The Government reserves the right to call additional witnesses named or disclosed by defendants, and any additional witnesses who may become necessary by way of rebuttal or impeachment.

DATED: August 9, 2022, at Honolulu, Hawaii.

Respectfully submitted,

| | |
|---|---|
| CLARE E. CONNORS<br>United States Attorney<br>District of Hawaii | KRISTEN M. CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| By: /s/ Chris A. Thomas<br>　　CHRIS A. THOMAS<br>　　Assistant U.S. Attorney | By: /s/ Christopher J. Perras<br>　　CHRISTOPHER J. PERRAS<br>　　Special Litigation Counsel |
| | By: /s/ Tara Allison<br>　　TARA ALLISON<br>　　Trial Attorney |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

**UNITED STATES v. ALO-KAONOHI ET AL., Cr. No. 20-00136 JMS**

## GOVERNMENT'S WITNESS LIST

| Presiding Judge | Government Attorneys | Defense Attorneys |
|---|---|---|
| **J. Michael Seabright** | **Chris A. Thomas** | **Salina Kanai** (Alo Kaonohi) |
| | **Christopher J. Perras** | **Craig Jerome** (Alo Kaonohi) |
| | **Tara Allison** | **Lynn Panagakos** (Aki, Jr.) |
| | | **Kelli Lee Ponce** (Aki, Jr.) |
| Trial Date | | Courtroom Deputy |
| **August 16, 2022** | | **Renee Honda** |

| Witness | Employment | Location |
|---|---|---|
| FITCH, Scott | FBI - Multimedia Exploitation Unit | Clarksburg, WV |
| GALOTTI, Andrew | FBI - Multimedia Exploitation Unit | Clarksburg, WV |
| HIGA, Emlyn | Prosecutor | Wailuku, Maui, HI |
| HOANG, Tuongvy "Vy" | Loan officer | Houston, TX |
| INGRAM, Kai | FBI – Honolulu Field Office | Honolulu, Oahu, HI |
| KUNZELMAN, Chris | Retired | Phoenix, AZ |
| LAU, Leslie | Surveyor | Lahaina, Maui, HI |
| LOO, Wendell | Detective, Maui Police Department | Wailuku, Maui, HI |
| NELSON, Robert | FBI – Honolulu Field Office | Honolulu, Oahu, HI |

| Witness | Employment | Location |
|---|---|---|
| RECORDS CUSTODIAN | Hawaii Bureau of Conveyances | Honolulu, Oahu, HI |
| SATTERFIELD, Oran | Detective, Maui Police Department | Wailuku, Maui, HI |
| STEPHENS, Trish | Emergency room doctor | Aventura, FL |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following attorneys at their last known addresses:

Served Electronically through CM/ECF:

    Salina Kanai, Esq.
    Craig Jerome, Esq.
    Attorneys for Defendant
    KAULANA ALO-KAONOHI

    Lynn Panagakos, Esq.
    Kelli Lee Ponce, Esq.
    Attorneys for Defendant
    LEVI AKI, JR.

DATED: August 9, 2022, at Honolulu, Hawaii.

*/s/ Dawn Aihara*
_____