SALINA M. KANAI, #8096
Federal Public Defender
District of Hawaii

CRAIG W. JEROME, #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      salina_kanai@fd.org
             craig_jerome@fd.org

Attorneys for Defendant
KAULANA ALO-KAONOHI (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 20-00136 JMS-01 |
| | ) | |
| Plaintiff | ) | DEFENDANT KAULANA ALO- |
| | ) | KAONOHI'S WITNESS LIST; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| KAULANA ALO-KAONOHI | ) | Trial:     08.16.2022 |
| (01), *et. ano.*, | ) | Time:    8:30 a.m. |
| | ) | Judge:    J. Michael Seabright |
| Defendant. | ) | |

## DEFENDANT KAULANA ALO-KAONOHI'S WITNESS LIST

Defendant KAULANA ALO-KAONOHI, by and through the undersigned

counsel, submits the following list of witnesses that may be called during the

Defendant's case-in-chief. Defendant reserves the right to call any witnesses

named or disclosed by the government, and reserves the right to add witnesses,

remove witnesses, or modify this witness list, as necessary.

DATED:   Honolulu, Hawaii, August 9, 2022.


 /s/ Salina M. Kanai
SALINA M. KANAI
CRAIG W. JEROME
Attorneys for Defendant (01)
KAULANA ALO-KAONOHI

In the United States District Court, for the District of Hawaii;
United States v. Alo-Kaonohi, et. ano., Cr. No. 20-00136 JMS-01;
Defendant's Kaulana Alo-Kaonohi's Witness List

# WITNESS LIST

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | WITNESS LIST |
| **Plaintiff,** | CR. NO. 20-00136 JMS-01 |
| v. | |
| KAULANA ALO-KAONOHI (01), | |
| **Defendant.** | |

---

| **Presiding Judge:** | **Defendant's Attorneys:** | **Plaintiff's Attorneys:** |
|---|---|---|
| J. Michael Seabright | Salina M. Kanai | Christopher Perras |
| | Craig W. Jerome | Tara Allison |
| | | Chris Thomas |

---

| DEF. NO. | WITNESSES |
|---|---|
| 1 | Lori Kunzelman |
| 2 | Tera Paleka |
| 3 | Jonathan Kaonohi |
| 4 | Kawehilani Kaonohi |

## CERTIFICATE OF SERVICE

I, Salina M. Kanai, certify that a true and correct copy of the foregoing was served on the following by the method of service indicated on August 9, 2022.

Served electronically via CM/ECF:

      CHRIS A. THOMAS              chris.thomas@usdoj.gov
      Assistant United States Attorney
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96850

      CHRISTOPHER J. PERRAS      christopher.perras@usdoj.gov
      TARA KNOLL ALLISON         Tara.Allison@usdoj.gov
      U.S. Department of Justice
      Civil Rights Division
      150 M Street, NE, 7th Floor
      Washington, DC 20002

      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

Date:  Honolulu, Hawaii, August 9, 2022.

                          /s/ Salina M. Kanai
                          Salina M. Kanai
                          Attorney for Defendant (01)
                           KAULANA ALO-KAONOHI