SALINA M. KANAI, #8096
Federal Public Defender
District of Hawaii

CRAIG W. JEROME, #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: salina_kanai@fd.org
craig_jerome@fd.org

Attorneys for Defendant
KAULANA ALO-KAONOHI (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 20-00136 JMS-01 |
| Plaintiff | DEFENDANT KAULANA ALO-KAONOHI'S **AMENDED** WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| KAULANA ALO-KAONOHI (01), *et. ano.*, | Trial:   08.16.2022<br>Time:   8:30 a.m.<br>Judge:  J. Michael Seabright |
| Defendant. | |

## DEFENDANT KAULANA ALO-KAONOHI'S AMENDED WITNESS LIST

Defendant KAULANA ALO-KAONOHI, by and through the undersigned counsel, submits the following list of witnesses that may be called during the Defendant's case-in-chief. Defendant reserves the right to call any witnesses

named or disclosed by the government, and reserves the right to add witnesses, remove witnesses, or modify this witness list, as necessary.

    DATED:  Honolulu, Hawaii, August 10, 2022.

                                      /s/ Salina M. Kanai
                                      SALINA M. KANAI
                                      CRAIG W. JEROME
                                      Attorneys for Defendant (01)
                                      KAULANA ALO-KAONOHI

In the United States District Court, for the District of Hawaii;
United States v. Alo-Kaonohi, *et. ano.*, Cr. No. 20-00136 JMS-01;
Defendant's Kaulana Alo-Kaonohi's Witness List

# WITNESS LIST

___

### UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

___

**UNITED STATES OF AMERICA,**             **WITNESS LIST**

      **Plaintiff,**                           CR. NO. 20-00136 JMS-01

  v.

**KAULANA ALO-KAONOHI (01),**

      **Defendant.**

___

| **Presiding Judge:** | **Defendant's Attorneys:** | **Plaintiff's Attorneys:** |
|---|---|---|
| J. Michael Seabright | Salina M. Kanai<br>Craig W. Jerome | Christopher Perras<br>Tara Allison<br>Chris Thomas |

___

| DEF. NO. | WITNESSES |
|---|---|
| 1 | Lori Kunzelman |
| 2 | Tera Paleka |
| 3 | Jonathan Kaonohi |
| 4 | Kawehilani Kaonohi |
| **5** | **FBI SA Caryn Ackerman** |

CERTIFICATE OF SERVICE

I, Salina M. Kanai, certify that a true and correct copy of the foregoing was served on the following by the method of service indicated on August 10, 2022.

Served electronically via CM/ECF:

    CHRIS A. THOMAS    chris.thomas@usdoj.gov
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii 96850

    CHRISTOPHER J. PERRAS    christopher.perras@usdoj.gov
    TARA KNOLL ALLISON    Tara.Allison@usdoj.gov
    U.S. Department of Justice
    Civil Rights Division
    150 M Street, NE, 7th Floor
    Washington, DC 20002

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

Date: Honolulu, Hawaii, August 10, 2022.

                                                */s/ Salina M. Kanai*
                                                Salina M. Kanai
                                                Attorney for Defendant (01)
                                                KAULANA ALO-KAONOHI