SALINA M. KANAI, #8096
Federal Public Defender
District of Hawaii

CRAIG W. JEROME, #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: salina_kanai@fd.org
craig_jerome@fd.org

Attorneys for Defendant
KAULANA ALO-KAONOHI (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>KAULANA ALO-KAONOHI (01), *et. ano.*,<br><br>Defendant. | CR NO. 20-00136 JMS-01<br><br>DEFENDANT KAULANA ALO-KAONOHI'S **SECOND AMENDED** WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial: 11.07.22<br>Time: 9:00 a.m.<br>Judge: J. Michael Seabright |

DEFENDANT KAULANA ALO-KAONOHI'S
SECOND AMENDED WITNESS LIST

Defendant KAULANA ALO-KAONOHI, by and through the undersigned

counsel, submits the following list of witnesses that may be called during the

Defendant's case-in-chief. Defendant reserves the right to call any witnesses

named or disclosed by the government, and reserves the right to add witnesses, remove witnesses, or modify this witness list, as necessary.

  DATED: Honolulu, Hawaii, October 31, 2022.

           /s/ Salina M. Kanai
           SALINA M. KANAI
           CRAIG W. JEROME
           Attorneys for Defendant (01)
           KAULANA ALO-KAONOHI

In the United States District Court, for the District of Hawaii;
<u>United States v. Alo-Kaonohi, *et. ano.*</u>, Cr. No. 20-00136 JMS-01;
Defendant's Kaulana Alo-Kaonohi's Second Amended Witness List

# WITNESS LIST

___

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

___

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **WITNESS LIST** |
| Plaintiff, | CR. NO. 20-00136 JMS-01 |
| v. | |
| **KAULANA ALO-KAONOHI (01),** | |
| Defendant. | |

___

| **Presiding Judge:** | **Defendant's Attorneys:** | **Plaintiff's Attorneys:** |
|---|---|---|
| J. Michael Seabright | Salina M. Kanai | Christopher Perras |
| | Craig W. Jerome | Tara Allison |
| | | Chris Thomas |

___

| DEF. NO. | WITNESSES |
|---|---|
| 1 | Lori Kunzelman |
| 2 | Tera Paleka |
| 3 | Jonathan Kaonohi |
| 4 | Kawehilani Kaonohi |
| | |

## CERTIFICATE OF SERVICE

I, Salina M. Kanai, certify that a true and correct copy of the foregoing was served on the following by the method of service indicated on October 31, 2022.

Served electronically via CM/ECF:

> CHRIS A. THOMAS          chris.thomas@usdoj.gov
> Assistant United States Attorney
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, Hawaii 96850
>
> CHRISTOPHER J. PERRAS    christopher.perras@usdoj.gov
> TARA KNOLL ALLISON       Tara.Allison@usdoj.gov
> U.S. Department of Justice
> Civil Rights Division
> 150 M Street, NE, 7th Floor
> Washington, DC 20002
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

Date:  Honolulu, Hawaii, October 31, 2022.

> /s/ *Salina M. Kanai*
> Salina M. Kanai
> Attorney for Defendant (01)
>  KAULANA ALO-KAONOHI