CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CHRIS A. THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Chris.Thomas@usdoj.gov

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTOPHER J. PERRAS
Special Litigation Counsel
TARA ALLISON
Trial Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 307-6962
Facsimile: (202) 514-6588
Email: Christopher.Perras@usdoj.gov
Tara.Allison@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>Plaintiff,  )<br> )<br>vs.  )<br> )<br> )<br> )<br> )<br>KAULANA ALO-KAONOHI, (01)  )<br>LEVI AKI, JR.          (02)  )<br> )<br>Defendants.  )<br>_____) | CR. NO.    20-00136 JMS<br><br>GOVERNMENT'S STATEMENT OF NO OBJECTION TO THE COURT'S INCLINATION TO STRIKE FOUR ADDITIONAL PROSPECTIVE JURORS<br><br>TRIAL:  November 7, 2022<br>TIME:   8:30 A.M.<br>JUDGE:  J. MICHAEL SEABRIGHT |

1

# GOVERNMENT'S STATEMENT OF NO OBJECTION TO THE COURT'S INCLINATION TO STRIKE FOUR ADDITIONAL PROSPECTIVE JURORS

The United States of America, by its undersigned counsel, has no objection to the Court's inclination to strike the four additional prospective jurors noted in ECF No. 236—juror numbers 100346085, 100357120, 100366574, and 100340410—based on their COVID-19 Screening Responses.

DATED: November 3, 2022, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS  
United States Attorney  
District of Hawaii

By: /s/ Chris A. Thomas  
CHRIS A. THOMAS  
Assistant U.S. Attorney

KRISTEN M. CLARKE  
Assistant Attorney General  
Civil Rights Division

By: /s/ Christopher J. Perras  
CHRISTOPHER J. PERRAS  
Special Litigation Counsel

By: /s/ Tara Allison  
TARA ALLISON  
Trial Attorney