SALINA M. KANAI #8096
Federal Public Defender
District of Hawaii

CRAIG W. JEROME #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone: 808-541-2521
Facsimile: 808-541-3545
E-Mail: salina_kanai@fd.org
craig_jerome@fd.org

Attorneys for Defendant
KAULANA ALO-KAONOHI (01)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  vs.<br><br>KAULANA ALO-KAONOHI (01),<br>and LEVI AKI, JR. (02),<br>  Defendants. | DC NO. 1:20-cr-00136-JMS<br><br>CONSOLIDATED LIST OF PERSONS THAT MAY APPEAR BEFORE THE JURY IN THIS CASE; CERTIFICATE OF SERVICE |

CONSOLIDATED LIST OF PERSONS THAT MAY APPEAR BEFORE
THE JURY IN THIS CASE

By Electronic Order dated November 3, 2022, the Court directed the parties to submit a consolidated list of witnesses, attorneys, paralegals, or other persons that may appear before the jury in this case. The parties have conferred and hereby

submit this consolidated list of such persons. The following people may appear before the jury during trial:

    Salina Kanai
    Craig Jerome
    Randall Fichte
    Dave Weinberg
    Lynn Panagakos
    Kelli Keahiahi Lee Ponce
    Chris Thomas
    Christopher Perras
    Tara Knoll Allison
    Scott Fitch
    Andrew Galotti
    Emlyn Higa
    Kai Ingram
    Christopher Kunzelman
    Leslie Lau
    Wendell Loo
    Robert Nelson
    Oran Satterfield
    Trish Stephens
    Gwen Vida
    Lori Kunzelman
    Tara Paleka
    Jonathan Kaonohi
    Kaweihilani Kaonohi
    Michael Vaituulala
    Nicholas Krau
    Marjorie Kahookele
    Mark Vickers
    Irwin Keliipuleole
    Jared Dudoit
    Daniel Devine
    Ian Custer
    Anselm Yazaki

Christopher Gantala
Robert McKenzie
Ryan Robinson
Hanalei Paiva
Kalena Hoopii
Kendall "Chico" Kaonohi
Santy Mateo-Kaiwi
Katrina-Ann Oliveira

DATED: Honolulu, Hawaii, November 4, 2022.

    /s/ Salina M. Kanai
SALINA M. KANAI
Attorney for Defendant (01)
KAULANA ALO-KAONOHI

# CERTIFICATE OF SERVICE

I, Salina M. Kanai, certify that a true and correct copy of the foregoing was served on the following by the method of service indicated on November 4, 2022.

Served electronically via CM/ECF:

    CHRIS A. THOMAS        chris.thomas@usdoj.gov
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii 96850

    CHRISTOPHER J. PERRAS    christopher.perras@usdoj.gov
    TARA KNOLL ALLISON      Tara.Allison@usdoj.gov
    U.S. Department of Justice
    Civil Rights Division
    150 M Street, NE, 7th Floor
    Washington, DC 20002

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

    LYNN E. PANAGAKOS       lynnpanagakos@yahoo.com
    841 Bishop St., Ste 2201
    Honolulu, HI 96813

    KELLI PONCE                kelli@makaala-law.com
    735 Bishop Street, Suite 320
    Honolulu, HI 96813

    Attorneys for Defendant (02)
    LEVI AKI, JR.

Date:  Honolulu, Hawaii, November 4, 2022.

                                              /s/ Salina M. Kanai
                                            Salina M. Kanai
                                            Attorney for Defendant (01)
                                            KAULANA ALO-KAONOHI