**WARNING: THIS IS A REDACTED DOCUMENT
FILED PUBLICLY PURSUANT TO CRIM. L. R. 32.2**

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 440-9215
Facsimile: (808) 541-2958
Email: Micah.Smith@usdoj.gov

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTOPHER J. PERRAS
Special Litigation Counsel
TARA ALLISON
Trial Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 307-6962
Facsimile: (202) 514-6588
Email: Christopher.Perras@usdoj.gov
Tara.Allison@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.     20-00136 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S CONSOLIDATED |
| vs. | ) | SENTENCING MEMORANDUM |
| | ) | |
| KAULANA ALO-KAONOHI, (01) | ) | |
| LEVI AKI, JR.              (02) | ) | SENTENCING:   March 2, 2023 |
| | ) | |
| Defendants | ) | JUDGE:  J. MICHAEL SEABRIGHT |

**GOVERNMENT'S CONSOLIDATED SENTENCING MEMORANDUM**

1

## I.      Relevant Procedural History

On November 17, 2022, Defendants Kaulana Alo-Kaonohi and Levi Aki, Jr. were each convicted of a racially motivated hate crime, in violation of 18 U.S.C. § 249, for attacking a Caucasian man who had moved into their neighborhood (ECF 278).  Following their convictions, the Probation Department filed under seal draft Presentence Investigation Reports (PSRs) for Defendants Alo-Kaonohi and Aki (ECF 291, 292), along with instructions for each party to file a Sentencing Statement addressing "objections, if any, concerning the factual information, sentencing guideline ranges and policy statements that remain in dispute." (ECF 291-1, 292-1). On January 31, 2023, Defendant Alo-Kaonohi filed his sentencing statement (ECF 294), Defendant Aki filed a notice of no objection to his draft PSR (ECF 295), and the government filed its sentencing statement (ECF 296).  On February 16, 2023, the Probation Department filed under seal final PSRs for Defendant Alo-Kaonohi (ECF 299) and Defendant Aki (ECF 300).  Pursuant to Local Rule 32.2(e), the United States of America, by and through its undersigned counsel, hereby files its consolidated sentencing memorandum.

## II.     Factual Findings and Guidelines Calculations

The government agrees with the Probation Department's factual findings outlined in the final PSRs.  The government likewise agrees with the Guidelines calculations in the final PSRs, with one exception: for the reasons outlined in the

government's sentencing statement (ECF 296 at pp. 2-4), the government respectfully submits that a two-level upward adjustment for obstruction should be applied to both defendants, which would result in Guidelines ranges of 97-121 months for Defendant Alo-Kaonohi and 78-97 months for Defendant Aki.  Finally, the government agrees with the Probation Department that "[t]here do not appear to be any aggravating or mitigating factors regarding the offense or the defendant[s] which would warrant a departure from the applicable guideline range[s]." (ECF 299, ¶ 80; ECF 300, ¶ 80).

### III.    Sentencing Recommendations

For the reasons that follow, the government respectfully submits that sentences of 109 months for Defendant Alo-Kaonohi—the middle of his Guideline range, factoring in the obstruction enhancement—and 78 months for Defendant Aki—the low end of his requested Guideline range, factoring in the obstruction enhancement— are sufficient, but not greater than necessary, to promote the purposes of sentencing. 18 U.S.C. § 3553(a).

### A.    Sentencing Recommendation for Defendant Alo-Kaonohi

The government recommends a sentence of 109 months for Defendant Alo-Kaonohi based on the following aggravating factors.

**The brutality of the attack on C.K.**  Defendant Alo-Kaonohi's attack against C.K. was particularly brutal.  Defendant Alo-Kaonohi grabbed C.K. by the hair, bent him over the staircase railing, and repeatedly punched him in the head so forcefully

3

that the railing detached from the staircase.  Then Defendant Alo-Kaonohi grabbed C.K.'s roofing shovel and struck him in the back of the head—a blow that opened up a bloody wound on the back of C.K.'s head and, as Dr. Stephens testified at trial, could have killed him.  After Defendant Aki knocked C.K. unconscious, Defendant Alo-Kaonohi kicked him while he was down on the ground, breaking two of C.K.'s ribs.  Throughout the attack, Defendant Alo-Kaonohi threatened to kill C.K., tie him up and drag him, and shoot him with his own gun.  The brutality of the attack is an aggravating factor that should be factored into Defendant Alo-Kaonohi's sentence.

**Defendant Alo-Kaonohi's aggravating role**.  It is apparent from the surveillance video and the trial testimony of C.K. that Defendant Alo-Kaonohi was the primary instigator and aggressor during the charged incident: he was the first to confront and physically attack C.K., and throughout the attack, Defendant Aki appeared to follow his lead.  The government did not request a two-level aggravating role adjustment, under U.S.S.G. § 3B1.1, but nevertheless respectfully submits that Defendant Alo-Kaonohi's role as the primary instigator and aggressor is an aggravating factor that should be factored into his sentence.

**Defendant Alo-Kaonohi's history of violence**.  As documented in the final PSR, and reflected in the following table, Defendant Alo-Kaonohi has a long history of gratuitous and unprovoked violence.[1]

---

[1] Police reports for these cases are appended to this memorandum as Exhibits A1, A2, and A3.

4

| Date | Charge(s) | Result |
|------|-----------|--------|
| 3/27/09 | Disorderly Conduct/Harassment | Guilty |
| 3/25/12 | Felony Assault (Lulu's Bar Attack) | Dismissed |
| 1/9/13 | Felony Assault (Unknown – see PSR ¶ 47) | Dismissed |
| 7/20/14 | Felony Assault (Steel Horse Saloon Attack) | Guilty |
| 10/17/20 | Felony Domestic Abuse – Strangulation | Dismissed |

*Disorderly Conduct/Harassment.* On March 27, 2009, Defendant Alo-Kaonohi was harassing and attempting to fight various people. When the police responded, Defendant Alo-Kaonohi refused to leave and attempted to punch one of the officers.

███████ *Attack.* On March 25, 2012, a bouncer at ████████ in Waikulu approached Defendant Alo-Kaonohi and told him that the bar was closing and that it was time for him to leave. As the bouncer walked away, Defendant Alo-Kaonohi approached him from behind and, without warning, punched him in the jaw, knocking him unconscious, loosening his tooth, and breaking his nose and orbital bone. Defendant Alo-Kaonohi then got on top of the bouncer and continued to punch him until other patrons and employees pulled him off. Defendant Alo-Kaonohi was arrested for felony assault, but the case was dismissed when the bouncer decided not to press charges.

███████████ *Attack.* On July 20, 2014, three days after state authorities attempted to serve an arrest warrant upon Defendant Alo-Kaonohi for the hate crime against C.K., Defendant Alo-Kaonohi committed a second unprovoked attack on a white-skinned person, this time at the ███████████ in Maui. Surveillance video

5

of the incident shows the victim, P.I., was minding his own business by the bar when Defendant Alo-Kaonohi approached him from behind and tapped him on the shoulder. (Surveillance video and witness testimony establish that the two men had no prior interactions that evening, and P.I. later told authorities that he had never met Defendant Alo-Kaonohi before that night). As soon as P.I. turned around, Defendant Alo-Kaonohi reared back and punched him in the face, knocking P.I. to the ground. Defendant Alo-Kaonohi then jumped on top of P.I. and continued to pummel him while several patrons tried, unsuccessfully, to pull him off of the bloody and unconscious P.I., who suffered an open head wound requiring five staples to close; a concussion; and permanent brain damage. The following photographs depict P.I.'s injuries:

 

*Domestic Violence Assault.*  Defendant Alo-Kaonohi's sentencing memorandum asserts that "[b]y the time 2020 rolled around, Kaulana was no longer the impulsive, angry, and violent person he had been in 2014." (ECF 301, at 9).  And yet on October 17, 2020, Defendant Alo-Kaonohi was arrested for Felony Domestic Abuse – Strangulation for his assault on K.M., ███████████████. In a signed statement to the police, K.M. stated that Defendant Alo-Kaonohi grabbed her by the hair, in front of ████████████████, and shoved her head into the seat of her vehicle so forcefully that she could not breathe.  According to her signed statement, "she begged him to stop," and "he eventually let up."  K.M. later reconciled with Defendant Alo-Kaonohi and decided not to press charges.

Defendant Alo-Kaonohi's history of gratuitous and unprovoked violence has resulted in significant physical injuries and emotional trauma to his many victims, but has not resulted in significant jail time for Defendant Alo-Kaonohi.  Section 4A1.3 of the Guidelines provides that "If reliable information indicates that the defendant's criminal history category substantially under-represents the seriousness of the defendant's criminal history or the likelihood that the defendant will commit other crimes, an upward departure may be warranted."  The government is not seeking an upward departure on this basis, but respectfully submits that Defendant Alo-Kaonohi's history of gratuitous and unprovoked violence—against police officers, bouncers, neighbors, strangers, and family members—is substantially under-

represented by his criminal history category and therefore is another aggravating factor warranting a significant Guideline sentence.

*The impact of Defendant Alo-Kaonohi's crimes on his victims*.  Defendant Alo-Kaonohi's attacks on C.K. and P.I. have had a profound impact on their lives. They have suffered permanent physical injuries, significant financial losses, and, most importantly, life-changing emotional trauma.   P.I.'s victim-impact statement is appended to this memorandum as Exhibit B.  C.K. intends to give an in-person victim-impact statement at the defendants' sentencing hearings.

The foregoing aggravating factors—the brutality of the hate crime against C.K., Defendant Alo-Kaonohi's aggravating role in that offense, his history of similar gratuitous and unprovoked violence, and the effect of that violence on his victims— warrant a serious Guideline sentence.  For all of those reasons, the government respectfully submits that a sentence of 109 months for Defendant Alo-Kaonohi is sufficient, but not greater than necessary, to promote the purposes of sentencing. 18 U.S.C. § 3553(a).

## B.    Sentencing Recommendation for Defendant Aki

With respect to Defendant Aki, the government respectfully submits that the aggravating and mitigating factors, on balance, militate in favor of a sentence of 78 months.  Defendant Aki committed a brutal attack on C.K.— striking him in the head with a shovel, and using that shovel to smash out the windows of his Land Rover

while C.K. and his uncle tried to escape—but Defendant Aki was not the primary instigator or aggressor.  Defendant Aki has a criminal record, with convictions for DUI, driving without a license, and criminal contempt of court, but he does not have a history of violence.  For those reasons, the government respectfully submits that a sentence of 78 months for Defendant Aki is sufficient, but not greater than necessary, to promote the purposes of sentencing. 18 U.S.C. § 3553(a).


DATED: February 24, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By: */s/ Micah Smith*
MICAH SMITH
Assistant U.S. Attorney

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

By: */s/ Christopher J. Perras*
CHRISTOPHER J. PERRAS
Special Litigation Counsel

By: */s/ Tara Allison*
TARA ALLISON
Trial Attorney

Exhibit A1

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

## Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 03/25/2012 01:56 | 03/25/2012 01:50 | 03/25/2012 01:56 | (13634) BAYLE, EDUARDO I JR |

| Incident Location | |
|---|---|
| ▇▇▇▇▇ Lahaina, HI 96761 | |

**Location Comment:** @ ▇▇▇▇▇▇▇▇▇▇▇                                    387

## Charges

**1** Charge Type State  **Description** ASSAULT 2

| | Statute | UCR | |
|---|---|---|---|
| | 707-0711 | 13A | ☐ Att  ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol  ☐ Drugs  ☐ Computers | BAR/NIGHT CLUB | | ☐ Yes ☐ No | 1. Personal Weapons (hands, |

| Entry | Exit | Criminal Activity | | 2. |
|---|---|---|---|---|
| | | N | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Victims

| Seq. # | Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|---|
| 1 | INDIVIDUAL | Loss Of Teeth, Unconsciousness | Resident | Non-Hispanic |

| Name(Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇ | H | M | ▇▇▇▇ | ▇▇ |

| Address | Home Phone |
|---|---|
| ▇▇▇▇▇▇▇ HI ▇▇ | ▇▇▇▇ |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| ▇▇▇▇▇ / KIHEI | SECURITY | |

| Victim of Crimes | | Driver's License | SSN | Cellular Phone |
|---|---|---|---|---|
| 1 | | | | ▇▇▇▇ |

**Report:** r_lwlni.frx          **Printed at:** 1/13/2020 17:44          **Page 1 of 19**

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

## Witnesses

| Seq. # | Name (Last, First, M) | | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|---|---|
| **1** | ███████████████ | | | F | M | ████████ | ██ |

| Address | | Home Phone |
|---|---|---|
| ████████████████ HI ████ | | █████████ |

| Employer Name/Address | | Occupation | Business Phone |
|---|---|---|---|
| ██████████ / ████████████, KIHEI | | COOK | ████████ |

| Witness Type | Driver's License | SSN | Cellular Phone |
|---|---|---|---|
| | ████████ HI | | █████████ |

Witness Notes

## Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| **1** | DISK CONTAINING PHOTOGRAPHS | | A009305312E16 | MAXELL / CD-R |

| Property ID | Owner | License / State | Color |
|---|---|---|---|
| 314614 | STATE OF HAWAII | | SILVER |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (13634) BAYLE, EDUARDO I JR | 1.00 | | $1.00 |

| Related Property Notes | Main Property Notes |
|---|---|
| | |

## Related Name Relationships

| ████████████ | is | STRANGER | to | KAONOHI, KAULANA |
|---|---|---|---|---|

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

## Synopsis

VI-1 reported being punched by OF-1 while within ██████████ VI-1 suffered a laceration on his right eyebrow, concussion without lose of consciousness, a fractured right orbital and nasal bone.

*Refer to continuation.*

## Continuation

ON BEAT:

On 03/25/12 at approximately 0156 hours, I was approached by one of ██████ Bouncers who related that one of their members had just been assaulted and that the responsible was about to leave the parking lot. Kaulana KAONOHI was pointed out as the responsible. KAONOHI was stopped and investigation of this case was initiated.

I asked Officer CARTER to stay with KAONOHI while I make checks for the Victim. While walking toward the restaurant, I noticed a large male walking toward my direction. The male was observed to be bleeding from the right side of his face. He immediately related that he was punched in the face. I asked the male, later identified as ████████████████████, for his identification. ████████ gave this officer his identification and voluntarily gave the following statements.

VICTIM`S STATEMENTS: █████████████████████████

Name: ████████████████████
Alias: ████████████████
Address: ████████████ HI ██████
Telephone: ████████████
DOB: ██████████
Work: ████████████ (Bouncer)

████████ related he was walking out of ████████████ when an unknown male punched him in the face which caused a laceration to the right side of his face and a loose front tooth. He stated after getting punched, he fell down onto the ground. He got back up but the assailant had left after punching him. ████████ related he does not know who punched him. One of the witnesses pointed out the offender to be Kaulana KAONOHI at which time, ████████ related that he wanted KAONOHI to be arrested and that he would like to press charges.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

███████ related that he was punched once in the right side of his face but does not know if he lost consciousness. ███████ kept on repeating "I got false cracked, that`s doodoo." ███████ was observed to be agitated from being struck and seemed to be somewhat incoherent. He kept on repeating the said phrases and was unable to remember anything else after the first punch.

███████ was unable to give any more statement at this time.

## OFFICER`S OBSERVATIONS:

███████ was somewhat incoherent as he kept on repeating the phrase "I got false cracked, that`s doodoo." While trying to obtain ███████`s statement, he asked this officer twice on how I got his identification. ███ ███ does not remember handing over his identification to this officer.

## INJURIES:

███████ was observed to have laceration above his right eyebrow, redness on his right eye, and a loose front tooth. Medic IV responded and related that ███████ might have a concussion. ███████ was transported to Maui Memorial Medical Center Emergency Room for further evaluation.

## PHOTOGRAPHS:

Photographs were taken for evidence. Photographs are as follows.

1. ███████s front view with front tooth sticking lower than the rest
2. Right side of ███████`s face
3. Laceration on ███████`s right eye brow
4. Loose front tooth and redness of ███████`s right eye
5. Bar floor with blood stains, where ███████ fell down after getting punched
6. Closer view of the floor and blood stains
7. Another photo of the blood stains
8. Different view of the bar floor
9. Photograph of the Offender
10. Left forehead of Offender where he claimed to have been punched by ███████
11. Injury to right hand

Photographs were copied to a CD-R and submitted as evidence.

## MEDICAL TREATMENT:

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

Medic IV transported ███████ to Maui Memorial Medical Center for further treatment and evaluation.

WITNESS` STATEMENT: ████████████████████████

Name: ██████████████
Residence: ██████████████████ HI ███████
DOB: ████████
Telephone: ██████████
Work: ████████████████ (Bar Attendant)

████████ related he was working as a Bar Attendant at █████████████ on 03/25/12. He related as the bar was closing at approximately 0150 hours, he noticed ██████████ standing near the east side of the bar area. He related he was standing across from █████████.

████████ related he noticed a male later identified as KAONOHI approached █████████ from the northerly direction. He stated KAONOHI then punched ██████████ in the face once. ██████████ fell down onto the ground. He stated that he did not see anything else because the bar was blocking his view of ██████████ and KAONOHI. Other security officers then pulled KAONOHI away and escorted him away from █████████.

████████ related that he thinks that ██████████ was knocked out because ██████████ was stumbling when he got up.

████████ has nothing further to add at this time.

SUPERVISOR NOTIFIED:

Sgt. D. CORPUZ was present at the scene. He was advised of the circumstances surrounding this incident.

SCENE:

After talking to the witnesses, it was determined that the assault occurred within ██████████████ and not outside as the Victim claimed. The scene was located near the east side of the bar. ██████████ was standing near the bar facing the westerly direction when he was punched in the face by KAONOHI. The scene was photographed.

ARREST MADE:

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

Refer to supplementary report submitted by Officer CARTER.

## ADDITIONAL INFORMATION:

Refer to supplementary report submitted by other Officers.

## CID NOTIFIED:

On 03/25/12 at approximately 0355 hours, Lt. C. VIELA of the Lahaina CID was notified of the circumstances surrounding this investigation.

## DOCTOR`S EVALUATION:

On 03/25/12 at approximately 0440 hours, ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ was contacted. According to E.R. personnel, ▌▌▌▌▌ suffered a concussion without the loss of consciousness, a laceration to his right eyebrow, and a fractured right orbital and nasal bone. He was treated by ▌▌▌▌▌ and was released.

## OFFICER`S ACTIONS:

▌▌▌▌▌ was recontacted to obtain another statement. ▌▌▌▌▌ was contacted via telephone and gave the following statements.

## VICTIM`S STATEMENTS: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

Name: ▌▌▌▌▌▌▌▌▌▌
Alias: ▌▌▌▌▌▌
Address: ▌▌▌▌▌▌ HI ▌▌▌
Telephone: ▌▌▌▌
DOB: ▌▌▌▌
Work: ▌▌▌▌▌ (Bouncer)

▌▌▌▌▌ related he was working as a bouncer (security) for ▌▌▌▌▌ on 03/25/12. He stated at approximately 0150 hours, he and the other bouncers were asking their patrons to leave as the restaurant is closing for business. He noticed Kaulana KAONOHI and ▌▌▌▌▌▌ still sitting on one of the booths

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

of the restaurant.

███████ related he approached the two and asked them to leave the premises as the two were hanging around. He then left to utilize the restrooms. He exited the restrooms, at which time, Kaulana KAONOHI approached him and introduced himself as "Rico." KAONOHI asked ████████ "You remember me?" ██ ████ related that he told KAONOHI that he does not know who he is and that he needs to leave.

███████ stated that he noticed ███████████████ talking off his shirt while within the restaurant. He sent his bouncers (security) to ███████████ to escort him off of the restaurant. He stated that while the other bouncers were busy with ██████, he Kaulana KAONOHI approach him from his right side. ███████ related that as he was turning towards Kaulana KAONOHI, he was struck in the face with a closed fist. He stated he fell down to the ground. He stated he "shook off the punch" and stood up as fast as he could. He related he got up he noticed Kaulana KAONOHI walking out of the restaurant and onto the parking lot.

███████ related he only remembered the initial punch and that he does not remember getting punched while he was down on the ground.

███████ stated he desires prosecution in this matter and that he will be contacting the prosecutor`s office to pursue the matter.

███████ has nothing further to add at this time.


INVESTIGATION:

Investigation thus far reveals that on 03/25/12 at approximately 0150 hours, Kaulana KAONOHI punched ███████████ in the face causing ████████ to fall down. ████████ suffered a laceration on his right eyebrow, concussion without lose of consciousness, a fractured right orbital and nasal bone. Kaulana KAONOHI was placed under arrest for the offense of ASSAULT II. He was transported to the Lahaina Police Station for processing where he refused to give any statement. ████████ was transported to ████████████ ███████████ where he was treated by ████████ and released. The offense of ASSAULT II was thereby committed.


DISPOSITION:

Pending.

---

**Report:** r_lw1ni.frx                    **Printed at:** 1/13/2020 17:44                    **Page 7 of 19**

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD　　　**Case Number:** 12-013751　　　**Date:** 1/13/2020 17:44:09

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 03/25/2012 03:18:31 | RESPONSIBLE STATEMENT | (15040) CARTER, CRAIG W |
| **Contact Name** | | **Supervising Officer** |
| KAONOHI, KAULANA | | (10670) KRAU, ANTHONY A |

**Location Comment:** @ ███████████████████ ³⁸⁷

## Offenders

| Seq. # | Type | Name(Last, First, M) | | | | SSN | |
|---|---|---|---|---|---|---|---|
| **1** | INDIVIDUAL | KAONOHI, KAULANA | | | | | |

| AKA | | | Race | Sex | DOB | Age | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| | | | H | M | ████ | 22 | 5'09" | 210 lbs |

| Address | | Home Phone |
|---|---|---|
| ██████ NV ████ | | |

| Employer Name/Address | | Occupation | Business Phone |
|---|---|---|---|
| UNEMPLOYED / | | UNEMPLOYED | |

| Scars, Marks, Tattoos or other distinguishing features | Cellular Phone |
|---|---|
| | |
| | **Driver's License** |
| | / |

| Physical Characteristics |
|---|
| |

**Suspect Details**

## Other Persons Involved

| Name Code | Seq. # | Name (Last, First, M) | | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **Involved, Other** | **1** | ██████████████ | | H | M | ███████ |

| Address | | SSN | Home Phone |
|---|---|---|---|
| ██████████ HI ████ | | | |

| Employer Name/Address | | Occupation | Business Phone |
|---|---|---|---|
| UNEMPLOYED / | | LABOR | |

| Insurance Company | Policy Number | Expiration Date | Driver's License | Cellular Phone |
|---|---|---|---|---|
| | | | / | |

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

---

## Supplement Notes

ON BEAT:

On 03/25/12, at about 0155 hours, I observed a male party (bouncer at ███ approach Ofc. Eduardo BAYLE and myself, and state that a male party, identified as Kaulana KAONOHI, had just "false cracked" another male party, identified as ████████████████ The male party pointed at KAONOHI who was walking through the parking lot with a male party, identified as ██████████ I contacted the two parties while Ofc. BAYLE returned to █████ to locate the victim.

Contact first made with ██████████████

INTERVIEWED OTHER:

████████████████████
DOB: ████
SSN: ██████
ADDRESS: ████████████████████
PHONE: ██████████
EMP: Self Employed
HEIGHT: 5`7``
WEIGHT: 220
HAIR: Brown
EYES: Brown

STATEMENT OF: ████████████████

Interviewed on 03/25/12, at about 0200 hours, within the Cannery Mall parking lot, ████████████████ offered the following statement:

████████████████ stated that he and his son, Kaulana KAONOHI were seated at a table within ████ when ████████ approached their table and told them to leave ████ Stated that he told ████████ that he would finish his drink that he had paid for and then the two would leave. Stated that ████████ became angry that they did not leave right away and ████████ began yelling at them and removed his shirt. Stated that they left the table and attempted to leave, to which ████████ began harassing Ka. KAONOHI and pushing him toward the doorway. Stated that as they approached the exit, ████████ punched Ka. KAONOHI in the forehead, with a closed fist, and Ka. KAONOHI defended himself by returning a punch to ████████ Stated that the punch struck ████████ in the face and that he fell back to the ground.

---

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

▮▮▮▮▮▮ stated that he grabbed Ka. KAONOHI and they left ▮▮▮▮ Stated that he did not know why ▮▮▮▮ became angry and that Ka. KAONOHI was defending himself.

Nothing more to add at this time.

OFFICER`S ACTIONS/OBSERVATIONS:

I was informed by Ofc. E. BAYLE that the injuries sustained to ▮▮▮▮ were substantial and that he had identified Kaulana KAONOHI as the responsible. Ofc. BAYLE also informed me that ▮▮▮▮ was being transported to ▮▮▮▮ for treatment to the injuries he sustained.

Contact was then made with Kaulana KAONOHI, to which he refused a statement. Ka. KAONOHI was informed that he was being placed under arrest for ASSAULT II, and was placed into handcuffs and placed into my patrol vehicle.

SPONTANEOUS UTTERANCE:

On several occasions, prior to and during transport, Ka. KAONOHI spontaneously uttered that he did not punch ▮▮▮▮. Also uttered several times that he punched ▮▮▮▮ in self defense. Also uttered that ▮▮▮▮ was angry and aggressive for no reason and that ▮▮▮▮ struck him first.

ARREST/TRANSPORT:

On 03/25/12, at 0226 hours, Kaulana KAONOHI was arrested for the offense of ASSAULT II and transported to the Lahaina Station without incident.

WARNING AND WAIVER:

On 03/25/12, at 0236 hours, while within the Lahaina Station processing room, Kaulana KAONOHI was advised of his Constitutional Rights utilizing MPD Form 103. Ka. KAONOHI followed along as I read it aloud. Ka. KAONOHI initialed the appropriate sections of the form, however, refused to offer a statement at this time.

*Refer to attached MPD Form 103*

ARRESTEE:

Kaulana KAONOHI (Adult/Hwn/Male/Cit)
DOB: ▮▮▮▮▮▮
ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

EMP: Unemployed
HEIGHT: 5`9``
WEIGHT: 210
HAIR: Brown
EYES: Brown

STATEMENT OF: Kaulana KAONOHI

Kaulana KAONOHI refused to offer a statement at this time.

Ka. KAONOHI continued to spontaneously utter that he was defending himself and that ███████ was the responsible in this matter.

ADDITIONAL INFORMATION:

Refer to reports submitted by other Officers.

DISPOSITION:

Pending...

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 03/25/2012 03:54:41 | INTIAL REPORT | (15152) MAULIOLA, JUSTIN L |
| Contact Name | | Supervising Officer |
| | | (10670) KRAU, ANTHONY A |

**Location Comment:**   @ ███████████████                                                                                      387

## Witnesses

| Seq. # | Name (Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| **2** | | W | M | █████ | 38 |

| Address | | Home Phone |
|---|---|---|
| ████████ HI███ | | ████████ |

| Employer Name/Address | Occupation | Business Phone |
|---|---|---|
| ███████████ LAHAINA | BARTENDER | |

| Witness Type | Driver's License | SSN | Cellular Phone |
|---|---|---|---|
| EYE WITNESS | ████ HI | | |

**Witness Notes**

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

## Supplement Notes

ASSIGNMENT/ARRIVAL:

On 03/25/2012 at about 0156 hours, I overheard OFC. BAYLE call off at █████ at Lahaina Cannery Mall regarding an ASSAULT type case. I then proceeded to that location to assist.

I arrived on scene at about 0200 hours.

OFFICER`S ACTIONS:

Upon arrival, I made contact with OFC. BAYLE. Upon speaking with OFC. BAYLE, I proceeded into █████ to search for any witnesses to the ASSAULT.

STATEMENT OF WITNESS:

On 03/25/2012 at about 0205 hours, I obtained the following statement from █████████ while within █████

█████████████████
DOB: ████████████████
█████████████ HI ██████
PH: ████████████
Bartender/█████████████

He began by saying that he is a bartender at █████████. He stated that at around the time the club closes, usually about 0140-0145 hours, he observed a bouncer, █████████████, making his rounds letting people know that the club was closing. He stated that █████ was standing on the East side of the bar (closest to the parking lot) and facing West toward the bar. He stated that he further observed a local male, Kaulana KAONOHI, walking around the bar toward █████ from the North side of the club. He stated that he observed KAONOHI approach █████ standing on █████ right side. He related that he observed █████ turn toward KAONOHI when KAONOHI punched him one time in the face with a closed fist. He related that as soon as █████ was hit, he fell to the ground. He related that KAONOHI then got onto █████ and began hitting him again. He related that once the altercation went onto the ground, he could not really see what exactly was happening as the height of the bar was blocking his view. He stated that numerous other parties within began to try to stop KAONOHI from hitting █████ He stated that once KAONOHI got up, he walked out and into the parking lot.

He related that he did not see any other altercations throughout the evening between █████ and

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

KAONOHI. He related that ████████ definitely did NOT say anything to KAONOHI when he was punched.

He stated that he observed the male that the officer`s arrested to be KAONOHI.

Nothing further to add.

ADDITIONAL INFORMATION:

Refer to other officer`s reports for additional information.

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 05/08/2012 10:10:34 | FOLLOW UP | (1915) TIHADA, GARRETT M |
| Contact Name | | Supervising Officer |
| | | (1915) TIHADA, GARRETT M |

**Location Comment:**   @ ███████████████████                                               387

## Supplement Notes

█████████  032512   12-013751

ASSIGNMENT:

Detective Garret TIHADA
Criminal Investigation Division, Lahaina.

On Thursday, 03/18/12 at 1300 hours, I was assigned by Lieutenant Chad Veila to conduct a follow-up investigation in this ASSAULT II case.

REVIEW OF REPORT SUBMITTED:

On Thursday, 03/28/12 at 1500 hours, I reviewed the report(s) submitted Lahaina Patrol Officers Eduardo BAYLE, Craig CARTER, and Justin MAULIOLA.  Upon review of the report the following was needed:

1. Re-contact complainan█████████████ verify his statement and check on prosecution.

2. Re-contact witnesses in this case.

3. Conduct criminal history check on alleged responsible, Kaulana KAONOHI.

COMPLAINANT RE-CONTACTED:

On 03/28/12 at 1745 hours, I called ████████ by phone and left a message for him.

WITNESS CONTACTED: ██████████████████

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

On 03/28/12 at 1805 hours I contacted ███████████ via telephone.  I reviewed his statement with him and he related it was accurate and added the following:

███████ stated  after he observed ████████ get punched by KAONOHI, it is accurate that he could not see the two since they were on the ground; however, he did see KAONOHI`s fist pop up over the bar counter about three or four times as if he was punching

WITNESS CONTACTED CONTINUED:

███████ on the ground.  ████████ related just prior to KAONOHI punching ████████ KAONOHI`s father had a verbal altercation with ████████ near the restrooms.  He observed KAONOHI`s father remove his shirt and at that time he observed KAONOHI calming his father down.  About thirty seconds later ████ ████ arrived at the bar and just hung out there.
███████ related immediately after hanging out at the bar, KAONOHI approached ████████ and punched him without warning.

███████ stated there was no altercation between KAONOHI and ████████ prior to KAONOHI punching ████████.

COMPLAINANT RE-CONTACTED: ████████████ ████████

On Tuesday, March 28, 2012 at about 1835 hours ████████ returned my call.

███████ related he is the ████████████ I reviewed the report with ████████ he stated most of his statement is accurate, except that he started to remember more about the incident.

███████ said he wanted to add that after the initial punch he fell to the ground and KAONOHI punched him three to four more times.  He also wanted to add that he did not have any physical or verbal altercation with KAONOHI before being punched.

When asked if he had gone to the doctors, ████████ related he has not seen a doctor for a follow up visit, but he was told by ████████ (Emergency room doctor) that he suffered a fractured nose, concussion, and fractured right orbital.

███████ related the bartender, ████████████ and one of his bouncers, ████████ were witnesses to this incident.

---

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

CRIMINAL HISTORY CHECK:

I conducted a criminal history check on  Kaulana KAONOHI, SSN: unknown, DOB: ████ and the checks
revealed this was the only incident on his record.

WITNESS STATEMENT: █████████████    █████

On March 31, 2012 at about 1845 hours I interviewed ██████████████████ .

████████ related on the night of March 25, 2012 at the time the bar was closing he was  behind the bar.
████ was at the bar on the northeast side of it, facing west. ████████ didn`t see what led up to ██
████ getting punched, but he did see the end of KAONOHI punching ████████ After the first punched ██
████ went down to the ground.  KAONOHI got on top of ████████ and punched him at least two more
times. ████████ ran around the bar, but by then ████████ had been restrained by another bouncer.

████████ said the attack was unprevoked.

WITNESS STATEMENT ████████    █████

████████ related he was on duty the night of March 25, 2012 as a bouncer at ████████

████████ said at closing time (approx. 0130 hours) he had just cleared the dance floor area of  patrons.  As he
walked to the front of the bar he noticed ██████████████ with his shirt off.  Kaulana KAONOHI then
grabbed his father (████████████ and started to walk him out of the bar. ████████ didn`t see what
happened next, but he heard the sound of a punch. ████████ turned around and saw ████████ on the ground.
Kaulana KAONOHI then got on top of ████████ and started punching him wit a closed fist about three to
four times.

████████ grabbed Kaulana KAONOHI and walked him out of the bar.  As he walked Kaulana KAONOHI out
of the bar he saw the police outside.  The police came over and started an investigation.

When asked, ████████ stated he did not see any verbal or physical confrontation between Kaulana KAONOHI
and ████████

INVESTIGATION:

The investigation far reveals on 03/25/12, at approximately 0150 hours, Kaulana KAONOHI approached
██████████ who is the ████████████████████ Without warning punched ████████ in face
causing ████████ to fall to the ground.  KAONOHI then punched ████████ three to four more times in the
face while ████████ was on the ground.  It is unknown at this time if ████████ lost consciousness; however,

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 12-013751          **Date:** 1/13/2020 17:44:09

███████ stated he suffered a concussion, a fractured right orbital and fractured nasal bone.  KAONOHI was located and placed under arrest for ASSAULT II.


DISPOSITION:

Refer to the Office of the Prosecuting Attorney for review.

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# MAUI COUNTY POLICE DEPARTMENT
## OBTS/CCH TRANSMITTAL/ARREST REPORT

☐ P.S. BOOKING ☐ A.G. CASE ☐ OTHER

**ARREST NO** 12-002075

| STATE I.D. NO. | POLICE DEPT HI HI0050000 | BOOKING NUMBERS 12-01461 | OBTS TRACKING NO | NCIDENT NO. 12-013751 |
|---|---|---|---|---|

| DEFENDANT'S LAST NAME KAONOHI, KAULANA | FIRST | MIDDLE | SEX M | RACE H | AGE 22 | DOB | HT 5-09 | WT 210 | HAIR BROWN | EYES BROWN |
|---|---|---|---|---|---|---|---|---|---|---|

| AKA (ALIAS) | SSN | OCCUPATION UNEMPLOYED | EMPLOYER/LAST EMPLOYED UNEMPLOYED |
|---|---|---|---|

| ADDRESS NV | RES PHONE | BIRTHPLACE HAWAII | CITIZEN US | YRS IN STATE 22 | MARITAL SINGLE |
|---|---|---|---|---|---|

| PLACE OF OFFENSE 1221 Honoapiilani Hwy, Lahaina, HI 96761 | DATE 03/25/2012 | TIME 01:50 | SOBRIETY 2 | ALCOHOL |
|---|---|---|---|---|

| PLACE OF ARREST/BOOKING 1221 Honoapiilani Hwy, Lahaina, HI /LAHAINA | DATE 03/25/2012 | TIME 02:26 | COURT DATE/TIME |
|---|---|---|---|

| | ARRESTED FOR | FINAL CHARGE | MOD | CLASS | REPORT NO | BAIL SET | HOW RELEASED | BAIL POSTED | BY WHOM | RECEIPT NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSAULT 2 - | 707-0711 | | FC | 12-002075-001 | 0 | RPI | 0 | RPI | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

| | COMPLAINANT LAST NAME FIRST NAME | SEX | HOME ADDRESS (STREET, CITY, STATE) | VISITOR | RES PHONE | BUS PHONE |
|---|---|---|---|---|---|---|
| 1 | | M | HI | N | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

| ARRESTED BY (15040) CARTER, CRAIG W | ASSISTED BY | HOW ARRESTED INVESTIGATION | WARRANT NO | BOOKED BY (15187) VASQUEZ, | DATE BOOKED 2012-03-25 | TIME BOOKED 03:16 |
|---|---|---|---|---|---|---|

| TRANSPORTED BY (15040) CARTER, CRAIG W | WARRANT CHECK BY (15040) CARTER, CRAIG | APPARENT INJURIES (DESCRIBE) NONE OBSERVED OR COMPLAINED OF | TREATMENT REFUSED | CUSTODIAL SEARCH (15040) CARTER, CRAIG |
|---|---|---|---|---|

| VEHI | YEAR | MAKE | MODEL | COLOR | LIC NO | STATE | DISPOSITION OF VEHICLE | DISPOSITION OF KEYS |
|---|---|---|---|---|---|---|---|---|

| REGISTERED OWNER LAST NAME FIRST | DRIVER'S LICENSE NO | HOLD FOR INVESTIGATION (LAST NAME) CID | CHARGED BY |
|---|---|---|---|

| RELEASED BY (10670) KRAU, ANTHONY A | DATE RELEASED 03/25/2012 | TIME RELEASED 04:57 | VICE OTHER | DATE/TIME CHARGED / : |
|---|---|---|---|---|

**SYNOPSIS (DOCUMENT FACTUAL EVIDENCE FOR EACH OFFENSE)**

OF1 was arrested for the mentioned offense after the victim reported being punched by the defendant while within Lulu`s Bar. The victim suffered an inch laceration on his right eyebrow and a lose front tooth. Victim was transported to MMMC for further treatment. Defendant was transported to the Lahaina Station without incident.

*Refer to continuation.*

| REPORT WRITTEN BY (15040) CARTER, CRAIG W | DATE 03/25/2012 | TIME 03:20 | SUPERVISOR APPROVING (10670) KRAU, ANTHONY A | EMP NO 10670 |
|---|---|---|---|---|

**POLICE COPY - ORIGINAL**

Exhibit A2

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 14-030884          **Date:** 1/13/2020 15:57:54

## Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 07/20/2014 01:15 | 07/20/2014 01:15 | 07/20/2014 01:15 | (15379) GREEN, JONATHAN J |

| Incident Location | |
|---|---|
| ▮▮▮▮▮▮ Wailuku, HI 96793 | |
| Location Comment: : ▮▮▮▮▮▮ | |

## Charges

| **1** | **Charge Type** State | **Description** ASSAULT 2 | | **Statute** 707-0711 | **UCR** 13A | ☐ Att ☑ Com |
|---|---|---|---|---|---|---|

| Alcohol, Drugs or Computers Used ☐ Alcohol ☐ Drugs ☐ Computers | Location Type BAR/NIGHT CLUB | Premises Entered | Forced Entry ☐ Yes ☐ No | Weapons **1.** Personal Weapons (hands, |
|---|---|---|---|---|
| Entry | Exit | Criminal Activity N | | **2.** |
| Bias Motivation | Bias Target | Bias Circumstances | Hate Group | **3.** |

## Victims

| Seq. # **1** | Type INDIVIDUAL | Injuries Severe Laceration, Apparent Minor Injury | | Residency Status Resident | Ethnicity Non-Hispanic |
|---|---|---|---|---|---|

| Name(Last, First, M) | | Race W | Sex M | DOB | Age |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | | W | M | ▮▮▮▮ | ▮ |

| Address | | Home Phone |
|---|---|---|
| ▮▮▮▮▮ HI ▮ | | |

| Employer Name/Address | | Occupation SERVER | Business Phone |
|---|---|---|---|
| ▮▮▮▮ ▮▮▮▮ | | SERVER | |

| Victim of Crimes 1 | | Driver's License | SSN | Cellular Phone ▮▮▮▮ |
|---|---|---|---|---|

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 14-030884          **Date:** 1/13/2020 15:57:54

## Witnesses

| Seq. # | Name (Last, First, M) | | | | Race | Sex | DOB | | Age |
|---|---|---|---|---|---|---|---|---|---|
| **1** | ████████████ | | | | W | F | ████████ | | █ |

| Address | | | | | Home Phone | |
|---|---|---|---|---|---|---|
| ████████████ HI ████ | | | | | ████████ | |

| Employer Name/Address | | | Occupation | Business Phone |
|---|---|---|---|---|
| ████████████  ████████████ | | | BARTENDER | ████████ |

| Witness Type | Driver's License | SSN | Cellular Phone |
|---|---|---|---|
| | ████████ HI | | ████████ |

**Witness Notes**

## Related Name Relationships

| ████████████ | is | STRANGER | to | ALO KAONOHI, KAULANA |
|---|---|---|---|---|

## Synopsis

VI1 reported on the above date/time to have been assaulted by unknown Offender(s) while within the said location. VI1 reported to have been punched numerous times in the face and head area, and sustained a laceration to the left rear side of his head. Medic 1 arrived on the scene and later transported VI1 to ████████ for further medical attention. Refer to Supplementary.

## Continuation

ASSIGNMENT:

Ofc. J. GREEN
FTO Ofc. S. WAIOHU
D-1, Beat 11, Wailuku
Wailuku Patrol Division

On 07/20/14 (Sunday) at approximately 0117 hours, I was on duty and assigned to Wailuku Patrol (IA/A11) when I was assigned by Dispatch to respond to 1234 Lower Main Street, Steel Horse Saloon, in Wailuku, for an Disorderly type case in progress, where caller reported two males fighting.

ARRIVAL:

I arrived at the above location on 07/20/14 at approximately 0117 hours, and met the victim, an adult male later identified as ████████████

SCENE/OFFICER`S OBSERVATIONS:

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD        **Case Number:** 14-030884        **Date:** 1/13/2020 15:57:54

Upon arrival, I observed a group of people standing outside fronting the ████████ An adult male, identified as ████████ approached me and reported that he had been attacked. ████████`s head, face, chest, arms, and hands were observed to be covered in blood. Further checks of ████████ revealed he was bleeding form his nose, mouth, and head. ████████ then provided the following statement.

VICTIM`S STATEMENT: ████████ (A/M/Cau)

Interviewed on 07/20/14 at approximately 0120 hours, fronting 1234 Lower Main Street, Wailuku, where he related the following:

He had been dancing alone near the front of the bar area minding his own business. While he was dancing, an unidentified person attacked him from behind and hit him in the head and face area  multiple times. He did not see who hit him, as his back had been facing his attacker. He has never been to the bar before and was there with a friend, later identified as ████████ . Neither he nor ████████ had any problems with anyone at the bar prior to the attack.

████████ complained of pain to his head and mouth areas and requested to be treated by medics.

Nothing further to add.

INJURIES:

████████ sustained an approximate 1.5" laceration to the rear left side of his head,  resulting from being punched multiple times. Victim also sustained swelling to his upper lip area.

MEDICS DISPATCHED:

On 07/20/14 at approximately 0135 hours, Medic-1 responded to the scene and treated ████████ for his injuries. ████████ was later transported to the ████████ in Alpha condition for further medical treatment.

WITNESS/OTHER`S STATEMENT: ████████ (A/F/Cau/Cit)

Interviewed on 07/20/14 at approximately 0145 hours, within ████████ where she related the following:

████████ is a Bartender and had been working behind the bar at the time if the incident.  She heard a commotion coming from the front of the bar area and  observed a young local male attacking ████████ . She observed ████████ to be on the ground in a fetal position while the local male was punching him in the head and face area.  She later observed two other unidentified male parties stop the young local male and escorted him outside to an unknown location.

**Incident/Investigation Report**

| | | |
|---|---|---|
| **Agency:** MPD | **Case Number:** 14-030884 | **Date:** 1/13/2020 15:57:54 |

███████ had never seen the Offender or ███████ in the bar before and did not recognize them.

Nothing further to add.

WEAPONS:

Offender used his fists as weapons in this crime.  No other weapons were reported or seen.

SURVEILLANCE:

Surveillance cameras were observed within the bar area.  Attempts to obtain video footage were met with negative results as the manager, identified as ███████████ was unable to access the computer which contains the video footage.  Per ███████████ his mother, identified as ██████ ███████████ is the only person who can access the video surveillance footage.

PHOTOGRAPHS:

(3) Digital images of the injuries sustained by the victim submitted attached to this report.

Photo #1:Digital image of ███████`s face and chest

Photo #2:Digital image of left side of ███████`s head

Photo #3:Digital image of laceration

RESPONSIBLE`S DESCRIPTION:

The unidentified local male responsible in this case is described as:

Adult/Male/ Hawaiian

Medium skin tone

Short brown hair approximately 2" in length

Approximately 5`-8" - 5`-9" tall

Between 26-27 years of age

Last seen wearing a dark colored T-shirt and unknown color shorts.

CHECKS MADE:

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 14-030884          **Date:** 1/13/2020 15:57:54

On 07/20/14 at approximately 0156 hours, checks of the immediate area by Officers for the Offender were met with negative results.

DOCTOR`S REPORT:

On 07/20/14 at 0340 hours, I spoke with emergence nurse ████████ who informed me that ████████ was treated by Emergency Room Doctor ████████ for a laceration to the rear left side of his head.  Per ████████ administered 7 staples to ████████`s laceration.

ADDITIONAL INFORMATION:

Refer to all  reports submitted under this report number.

FOLLOW-UP:

I will be contacting the bar manager ████████ on 07/20/14 to  retrieve video surveillance footage from the bar`s cameras.  The bar will be open on 07/20/14 at 1000 hours and will be closing on 07/21/14 at 0100 hours.

INVESTIGATION:

Thus far reveals that on 07/20/14 (Sunday) at approximately 0115 hours, within the ████████ located at, 1234 Lower Main Street, Wailuku, an unidentified adult local male attacked ████████ by punching him multiple times in the head and face area. ████████ sustained an approximate 1.5" laceration to his head. Medic 1 arrived at the scene and later transported ████████ to ████████ Emergency Room where he received 7 staples to the rear left side of his head. ████████ was later released without further incident.

DISPOSITION:

Pending...

Officer J. GREEN E-15379
07/20/14 @ 0600
Wailuku Patrol Division

102

## MAUI POLICE DEPARTMENT

COMPLAINANT

14-030884

REPORT NO.

### VOLUNTARY STATEMENT

I have been warned and advised of my rights by Officer ___Dt. Loo___

of the Maui County Police Department, and I fully understand my rights. I wish to waive my rights and give

the following statement:

Time Started:

I worked at the ___ on July 20 2014. After I finished work we decide Me and my friend ___ to go play pool at ___ there was a Band Playing music olive. we danced a little bit then I was talking with my friend ___ suddenly I felt someone tapping on my shoulder I turned around then this man punched my face. I fell down then He continued punching then the next thing I remember I was on the street bleeding from my

Completed at _____ hours this __5__ day of ___September___ 19 2014

Witnessed by:

D.A. Loo 9808

MPD Form No. 127

SOH v K ALO-KAONOHI 037

2of2

## MAUI POLICE DEPARTMENT

COMPLAINANT

14-030888

REPORT NO.

### VOLUNTARY STATEMENT

I have been warned and advised of my rights by Officer _____ Det. Lau _____

of the Maui County Police Department, and I fully understand my rights. I wish to waive my rights and give the following statement:

Time Started: _____

nose and my head the bleeding was not stopping. finally the Ambulance came and took me to E.R.

Prior to the arrault there was no incident with this persone I never saw him before I never met him there was no interaction or comunication before the arrault.

The arrault was totally unprovoked and I don't know Why he arrault me

Completed at _____ hours this __5__ day of __September__, 19__2014__

Witnessed by:

MPD Form No 127

SOH v K ALO-KAONOHI 036

43

Exhibit A3

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 10/17/2020 20:30 | 10/17/2020 20:30 | 10/17/2020 20:30 | (15516) MASUDA, CHARLES-BLASE P |

| Incident Location |
|---|
| N Firebreak Rd / Haleakala Hwy, Kahului, HI |

| Location Comment: | 123 |
|---|---|

## Charges

**1** Charge Type State

| Description | | Statute | UCR | |
|---|---|---|---|---|
| ABUSE OF FAMILY OR HOUSEHOLD MEMBER - STRANGULATION | | 709-0906 | 13A | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol  ☐ Drugs  ☐ Computers | HIGHWAY/ROAD/STREET/SI | | ☐ Yes ☐ No | 1. Personal Weapons (hands, |

| Entry | Exit | Criminal Activity | |
|---|---|---|---|
| | | N | 2. |
| | | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

**2** Charge Type State

| Description | | Statute | UCR | |
|---|---|---|---|---|
| ABUSE OF FAMILY OR HOUSEHOLD MEMBER - PHYS., WITH INJURY | | 709-0906 | 13A | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol  ☐ Drugs  ☐ Computers | HIGHWAY/ROAD/STREET/SI | | ☐ Yes ☐ No | 1. Personal Weapons (hands, |

| Entry | Exit | Criminal Activity | |
|---|---|---|---|
| | | | 2. |
| | | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Victims

| Seq. # | Type | Injuries | | Residency Status | Ethnicity |
|---|---|---|---|---|---|
| **1** | INDIVIDUAL | Apparent Minor Injury | | Resident | Non-Hispanic |

| Name(Last, First, M) | | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|---|
| ████████ | | | H | F | ████ | 32 |

| Address | | Home Phone |
|---|---|---|
| ████████ HI ████ | | |

| Employer Name/Address | | Occupation | Business Phone |
|---|---|---|---|
| ████████ / | | STUDENT | |

| Victim of Crimes | | Driver's License | SSN | Cellular Phone |
|---|---|---|---|---|
| 1,2 | | ████ / HI | ████ | |

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Offenders

| Seq. # **1** | Type INDIVIDUAL | Name(Last, First, M) ALO KAONOHI, KAULANA KAPEHEHOLANA | | | | | SSN | |
|---|---|---|---|---|---|---|---|---|
| AKA Kaulana  Kaonohi | | | Race H | Sex M | DOB ███ | Age 30 | Height 5'09" | Weight 230 lbs |
| Address ███████, HI ███ | | | | | | | Home Phone | |
| Employer Name/Address / | | | | | Occupation | | Business Phone | |
| Scars, Marks, Tattoos or other distinguishing features | | | | | | | Cellular Phone ███████ | |
| | | | | | | | Driver's License / | |
| Physical Characteristics SHIRT - Blouse / T-shirt; PANTS - Dress/skirt / Jeans | | | | | | | | |

**Suspect Details**

## Other Persons Involved

| Name Code **Involved, Other** | Seq. # **3** | Name (Last, First, M) M███-K███, K███ | | Race H | Sex M | DOB ███ |
|---|---|---|---|---|---|---|
| Address ███████ HI ███ | | | SSN | | Home Phone | |
| Employer Name/Address / | | | Occupation | | Business Phone | |
| Insurance Company | Policy Number | Expiration Date | Driver's License / | | Cellular Phone | |

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Vehicles

| Seq. # | Year | Color | Style | Make | Model |
|---|---|---|---|---|---|
| **1** | 2017 | SILVER | RUGGED TRL, SPORT | NISSAN | |

| VIN | License Plate Type | License / State | License Year | Owner |
|---|---|---|---|---|
| ███████ | REGULAR | ███ HI | 2021 | ███████ |

| Status | Status Date | Value |
|---|---|---|
| | | |

**Vehicle Notes**

## Related Name Relationships

| ███████ | is | BOYFRIEND/GIRLFRIEND | to | ALO KAONOHI, KAULANA |
|---|---|---|---|---|

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Synopsis

On 10/17/20 at about 2020 hours, VI-1 reported she and her boyfriend with child in-common, identified as OF-1, were involved in a verbal argument within VI-1`s vehicle bearing Hawaii State license plates ████████, while it was parked on Haleakala Highway near North Firebreak Road in Kahului. VI-1 reported the argument turned physical when OF-1 grabbed her hair and pushed her head backwards over the center console, causing pain and her breathing to be impeded for five seconds. Their one-year-old child was witness to this incident.

Refer to continuation.

## Continuation

Charles-Blase MASUDA
D-1, Beat 22, Kahului
Wailuku Patrol Division

ASSIGNMENT/ARRIVAL:

On 10/17/20 at about 2031 hours, I was assigned by Central Dispatch to respond to the intersection of Haleakala Highway and North Firebreak Road in Kahului regarding an Abuse type incident.

I arrived at the above location at about 2037 hours.

OFFICERS OBSERVATIONS:

Upon arrival I met with an adult female who identified herself as ████████████(hereinafter referred to as ████████) who was seated within the drivers seat of vehicle bearing Hawaii State license plates ████████, which was parked on the east shoulder of the roadway. As I approached the driver`s window, she began to yell and scream at me incoherently about her vehicles key and her son.

SOBRIETY/DEMEANOR:

████████ appeared highly emotional and was crying while she spoke to me. As I spoke to ████████ I observed a strong odor of liquor emanating from her person.

STATEMENT OF:████████████                                              A/F/CIT

Interviewed on 10/17/20 at about 2039 hours, on the east shoulder of the roadway of Haleakala Highway and

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

North Firebreak Road in Kahului. She proved the following statement.

⬛⬛⬛ reported she is the girlfriend of Kaulana ALO KAONOHI (hereinafter referred to as ALO KAONOHI) and they have a one-year-old child in-common, identified as ⬛⬛⬛ ⬛⬛⬛ ⬛⬛ (hereinafter referred to as ⬛⬛)

On 10/17/20 at about 2020 hours, while driving home after eating dinner at the Alehouse located at 355 East Kamehameha Avenue in Kahului, she and ALO KAONOHI began to argue about going to the beach tomorrow and being direct about the needs of ⬛⬛. She related that ALO KAONOHI had called his brother, ⬛⬛⬛⬛ (hereinafter referred to as ⬛⬛⬛) to ask him pick him up on the side of the road on Haleakala Highway. After pulling over on the west shoulder of Haleakala Highway just above the intersection with North Firebreak Road, ALO KAONOHI grabbed her bag out of her hands.

⬛⬛⬛ reported ALO KAONOHI briefly exited the vehicle before grabbing her by her hair and pulled her head down to front passenger`s seat of the vehicle causing her pain to her head. As she struggled with ALO KAONOHI, he again grabbed her hair on the top of her head and forced her head backwards over the center console of the vehicle toward the rear seat which caused her breathing to be impeded for about five seconds. ⬛⬛⬛ reported ALO KAONOHI stopped after she begged him relayed that she could not breathe and further related that she "Thought she was going to die" if he did not let go. ALO KAONOHI then grabbed the vehicle`s keys and began to walk toward Kahului. ⬛⬛⬛ related ⬛⬛ who as seated less then two feet from her was startled and began to cry as the argument escalated and became physical.

⬛⬛⬛ relayed she followed ALO KAONOHI approximately one hundred fifty to two hundred feet where his brother, identified as ⬛⬛⬛ and his girlfriend, identified as ⬛⬛⬛ (hereinafter referred to as ⬛⬛), arrived within vehicle bearing Hawaii State license plates ⬛⬛. After getting her keys back from ALO KAONOHI, she walked back to her vehicle and discovered that ⬛⬛ had been taken from his car seat which was located behind the drivers seat of the vehicle. ⬛⬛⬛ relayed she looked for ⬛⬛ for several minutes before she called ⬛⬛⬛ who informed her that her mother, ⬛⬛⬛ had been contacted and was coming to pick up ⬛⬛.

Shortly after Police arrived.

⬛⬛⬛ related her head hurt from her hair being pulled but declined any medical attention.

Nothing further added.

MEDICAL TREATMENT:

⬛⬛⬛ declined any medical treatment for her injuries.

OBSERVABLE INJURIES:

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

████████ was observed to have redness and a small abrasion behind her right ear. She complained of pain to the top of her head due to ALO KAONOHI pulling her hair.

VICTIM VOLUNTARY STATEMENT/STRANGULATION SUPPLEMENT:

After obtaining a statement from ████████, she agreed to fill out the Victim Voluntary Statement Form MPD form 100). ████████ initialed and signed the form indicating that the information written on the form was true and correct. ████████ then completed the Strangulation Supplemental form.

Referred to attached forms.

SUPERVISOR NOTIFIED:

Sergeant D. ARNDS was on scene during this investigation.

DOMESTIC VIOLENCE UNIT NOTIFIED:

On 10/17/20 at about 2144 hours, Sergeant E. QUINTERO of the Domestic Violence Unit was contacted by Sergeant D. ARNDS and advised of this incident.

STATEMENT OF: ████████████                                          A/F/CIT

Refer to Officer S. LANDSIEDEL`s report.

STATEMENT OF: ████████████████                                     A/M/CIT

Refer to Officer S. LANDSIEDEL`s report.

STATEMENT OF: ██████████                                             A/F/CIT

Refer to Officer S. LANDSIEDEL`s report.

DIGITAL IMAGES:

Eight (8) digital images were taken of the victim and the scene. The images were transfer to a CD-R and submitted as evidence under this report number. They depict the following:

Image1 depicts ████████`s full body.
Image2 depicts ████████`s upper body.
Image3 depicts ██████████ pointing to the area on her had where she felt pain.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

Image4 depicts the abrasion behind ████████`s left ear.
Image5 depicts the area behind ████████`s right ear.
Image6 depicts the rear/passenger side of vehicle ████████.
Image7 depicts the front/driver side of vehicle ████████.
Image8 depicts the front seats of vehicle ████████.

Property Control Number: 767442

FURTHER DEVELOPMENTS:

After speaking with MOIKEHA, Officer LANDSIEDEL related that ALO KAONOHI was in-route to speak with Officers on scene regarding this incident.

On 10/17/20 at about 2204 hours, ALO KAONOHI was driven to the scene by ████████ within vehicle ████████.

ARREST/TRANSPORT:

On 10/17/20 at about 2202 hours, on the east shoulder of Haleakala Highway at the intersection of North Firebreak Road in Kahului, ALO KAONOHI was placed under arrest for the offense of Felony Abuse of a Family or Household Member - Strangulation and Felony Abuse of a Family Member - In the Presence of a Minor. ALO KAONOHI was transported to the Wailuku Police Station for processing without incident.

SOBRIETY/DEMEANOR:

ALO KAONOHI displayed no signs of impairment and was calm and cooperative throughout this investigation.

CONSTITUTIONAL RIGHTS:

On 10/17/20 at about 2233 hours, within the Processing Room of the Wailuku Police Station located at 55 Mahalani Street in Wailuku. He was advised to silently read the form as it was read to him. ALO KAONOHI initialed and signed the form indicating that he would waive his rights.

Refer to attached form.

STATEMENT OF: ALO KAONOHI, Kaulana                                                          A/M/CIT

Interviewed on 10/17/20 at about 2234 hours, within the Processing Room of the Wailuku Police Station located at 55 Mahalani Street in Wailuku. He provided the following statement.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

ALO KAONOHI reported he has been in a relationship with ▉▉▉▉ for approximately three years and they have a son, ▉▉ who is a year and six months old.

On 10/17/20 at about 2000 hours, after eating dinner at the Alehouse located at 355 East Kamehameha Avenue in Kahului, ▉▉▉▉▉ was upset because she used her credit card to pay for dinner. He knew ▉▉▉▉ was going to act this way because she had several drinks with her dinner. As the drove away from the restaurant, he called ▉▉▉ to drive up Haleakala Highway to come pick him up. While they drove mauka bound on Haleakala Highway, ▉▉▉▉▉ began to accelerate to more than sixty miles per hour while swerving on the roadway. He demanded that she pull over because he was worried that she was out of control and not thinking about their son. After ▉▉▉▉▉ pulled over on Haleakala between North Firebreak Road and Keahua Road, she began to punch him in the face and pulled his hair. ALO KAONOHI stated he pushed her off of him and pulled the ignition key out and exited the vehicle.

ALO KAONOHI related ▉▉▉▉▉ followed him for about two hundred feet makai bound on the roadway when she again began to slap, punch him as she demanded that he return her keys. He asked ▉▉▉ to tell ▉▉ to drive up to ▉▉▉▉▉▉`s vehicle to retrieve ▉▉. When he saw that ▉▉ was out of the vehicle he gave ▉▉▉▉ back her keys and was he and ▉▉▉▉ ran into the bushes to hide from ▉▉▉▉▉. After ▉▉▉▉ drove toward North Firebreak Road, he asked ▉▉▉ to call ▉▉▉▉▉▉▉ (hereinafter referred to as ▉▉▉), his mother-in-law to pick up ▉▉.

After ▉▉▉ called him and relayed that she had ▉▉▉ within her vehicle he agreed meet with Officers at the intersection to give his side of the story.

ALO KAONOHI stated he was not injured as a result of this altercation.

Nothing further added.

BAIL ACKNOWLEDGMENT:

On 10/17/20 at about 2246 hours, within the Processing Room on the Wailuku Police Station located at 55 Mahalani Street in Wailuku, ALO KAONOHI was informed of his Bail utilizing MPD form 121. He related he understood and signed the form.

Refer to attached.

WARNING CITATION ISSUED:

On 10/17/20 at about 2248 hours, ALO KAONOHI was issued a Warning Citation to stay away from ▉▉▉ ▉▉▉▉ and the address located at ▉▉▉▉▉▉▉ in ▉▉▉ This Warning Citation is set to expire on 10/20/20 at 1800 hours. Central Dispatch was notified of the issuance of this Citation.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

Refer to attach.

WOMEN HELPING WOMEN:

Refer to Officer S. LANDSIEDEL`s report.

BODY WORN CAMERA:

This incident was recorded via Body Worn Camera, (Taser AXON #X81353696) issued to this Officer.

ADDITIONAL INFORMATION:

Refer to all other reports documented under this report number.

INVESTIGATION:

The investigation thus far reveals that on 10/17/20 at about 2020 hours, while parked on the shoulder of Haleakala Highway Near North Firebreak Road in Kahului, the offense of Felony Abuse of a Family or Household Member - In the Presence of a Minor and Felony Abuse of a Family or Household Member - Strangulation was committed when Kaulana ALO KAONOHI grabbed ▓▓▓▓▓▓▓▓▓ by her hair and restricted her breathing for five seconds by forcing her head backwards over the center console within vehicle bearing Hawaii State license plates ▓▓▓▓.

Due to this incident, ▓▓▓▓▓▓ sustained pain to her head and an abrasion behind her left ear. ▓▓▓▓▓▓ declined any medical attention. Witness to this altercation was their one-year-old son.

On 10/17/20 at about 2202 hours, on the east shoulder of Haleakala Highway at North Firebreak Road in Kahului, ALO KAONOHI was placed under arrest for the offense of Felony Abuse of a Family or Household Member - Strangulation and Felony Abuse of a Family or Household Member - In the Presence of a Minor. He was transported to the Wailuku Police Station without incident.

DISPOSITION:

Arrested.

Officer Charles-Blase MASUDA e#15516
P.O. II, Wailuku Patrol Division
10/17/20 @ 0345 Hours.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 10/21/2020 10:07:05 | EVIDENCE | (15404) GANDAULI, ASHLEY U |
| Contact Name | | Supervising Officer |
| | | (11867) QUINTERO, EDITH N |

Location Comment:

123

## Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| **1** | CD-R CONTAINING MOIKEHA STATEMENT | | LH3155XB20122349D2 | VERBATIM / CD-R |

| Property ID | Owner | License / State | Color |
|---|---|---|---|
| 767811 | STATE OF HAWAII | | SILVER |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (15404) GANDAULI, ASHLEY U | 1.00 | | $1.00 |

| Related Property Notes | Main Property Notes |
|---|---|
| | |

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Notes

148016 Voucher ID created for this supplement.

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 10/21/2020 11:19:24 | FOLLOW UP | (15404) GANDAULI, ASHLEY U |
| Contact Name | | Supervising Officer |
| | | (11867) QUINTERO, EDITH N |
| Location Comment: | | |

## Supplement Notes

ASSIGNMENT:

Officer Ashley GANDAULI
Domestic Violence Unit
Criminal Investigation Division - Wailuku

On October 20, 2020, this Officer was assigned to conduct a follow-up to this FELONY ABUSE OF FAMILY OR HOUSEHOLD MEMBER - PHYSICAL WITH INJURY case, documented under Maui Police Department ("MPD") report 20-037327.

The victim was identified as ███████████████████████████

The alleged responsible, identified as Kaulana ALO KAONOHI (hereinafter "Kaulana"), was placed under arrest for FELONY ABUSE OF FAMILY OR HOUSEHOLD MEMBER - PHYSICAL WITH INJURY and FELONY ABUSE OF FAMILY OR HOUSEHOLD MEMBER - STRANGULATION on October 17, 2020.

RELATIONSHIP:

████████ and Kaulana are girlfriend and boyfriend. They have one (1) year old son, K███ M█████-K██████ (hereinafter "K████") in common.

REVIEW OF REPORT SUBMITTED BY PATROL:

This Officer reviewed the report(s) submitted by Wailuku Patrol Officer(s) Charles-Blase MASUDA (hereinafter "Officer Masuda") and Steven LANDSIEDEL (hereinafter "Officer Landsiedel") in regards to this case.

Per Officer Masuda`s report:

On October 17, 2020 at approximately 2031 hours, Officer Masuda and Officer Landsiedel were assigned by

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

Dispatch to respond to the area of Haleakala Highway and North Firebreak Road in Kahului, County of Maui, State of Hawaii for an abuse type case.

Upon arrival, Officer Masuda made contact with ▮▮▮▮ who appeared highly emotional and was crying while she spoke. As Officer Masuda spoke to ▮▮▮▮, he observed a strong odor of liquor emanating from her person.

▮▮▮▮ stated Kaulana is her boyfriend and they have a one (1) year old son, K▮▮▮ in common.

▮▮▮▮ stated on October 17, 2020 at approximately 2020 hours, while driving home from eating dinner at Ale House located at 355 East Kamehmeha Avenue in Kahului, she and Kaulana began to argue about going to the beach and being direct about the needs of K▮▮▮. Kaulana then call his brother, ▮▮▮▮▮▮▮▮▮▮▮▮ (hereinafter "▮▮▮▮▮▮") asking to be picked up on the side of the road on Haleakala Highway. After she pulled over on the west bound shoulder of Haleakala Highway just above the North Fire Break Road, Kaulana grabbed her bag out of her hands.

Kaulana then briefly exited the vehicle before grabbing her by her hair and pulled her head down to front passenger`s seat of the vehicle causing her pain to her head. As she struggled with Kaulana, he again grabbed her hair on the top of her head and forced her head backwards over the center console of the vehicle toward the rear seat which caused her breathing to be impeded for about five seconds. Kaulana stopped after she begged him and relayed she could not breathe. While her breathing was impeded she "Thought she was going to die" if he did not let go. Kaulana then grabbed the vehicle keys and began to walk toward Kahului.

▮▮▮▮ related K▮▮▮ who as seated less than two feet from her was startled and began to cry as the argument escalated and became physical.

She followed Kaulana on foot approximately one hundred fifty to two hundred feet where his brother, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮`s girlfriend, identified as ▮▮▮▮▮▮ (hereinafter referred to as ▮▮▮), arrived.

▮▮▮▮ was able to get her keys back from Kaulana. She returned to her vehicle where she discovered that K▮▮▮ had been taken from his car seat, which was located behind the driver`s seat. She looked for K▮▮▮ for several minutes before she called ▮▮▮▮▮ who informed her that her mother, ▮▮▮▮▮▮▮▮▮▮ (hereinafter "▮▮▮▮") had been contacted and was coming to pick up K▮▮▮.

▮▮▮▮ related her head hurt from her hair being pulled, however she declined medical treatment.

▮▮▮▮ was observed to have redness and a small abrasion behind her right ear and complained of pain to the top of her head from Kaulana pulling her hair.

On October 17, 2020 at approximately 2125 hours, with the assistance of Officer Masuda, ▮▮▮▮ completed a

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

Victim Voluntary Statement Form (MPD Form 100) indicated that she was "physically hurt, harmed, sustained pain, or injured because of this alteration" by her boyfriend, Kaulana. ████ also indicated K███ was present and witnessed the altercation. ████ authenticated the aforementioned form by initialing and signing her name on it.

On October 17, 2020 at approximately 2137 hours, with the assistance of Officer Masuda, ████ completed a Strangulation Supplement Form (MPD Form 100-b) indicating while Kaulana pulled her head backwards for approximately five (5) seconds she could not breathe.

On October 17, 2020 at approximately 2204 hours, Kaulana was driven back to the scene by ████ and he was placed under arrest for the offense of Felony Abuse of a Family or Household Member - Strangulation and Felony Abuse of a Family Member - In the Presence of a Minor. Kaulana was transported to the Wailuku Police Station for processing without incident.

On October 17, 2020 at approximately 2233 hours, while within the Processing Room of the Wailuku Police Station, Officer Masuda advised Kaulana of his Constitutional Rights utilizing MPD Form 103. Kaulana initialed and signed the form indicating he understood his rights.

Kaulana elected to waive his rights and related he has been in a relationship with ████ for approximately three (3) years and they have son, K███ who is a year and six (6) months old.

On October 17, 2020 at about 2000 hours, after eating dinner at the Alehouse located at 355 East Kamehameha Avenue in Kahului, ████ was upset because she used her credit card to pay for dinner. He knew she was going to act this way because she had several drinks with her dinner. As they drove away from the restaurant, he called ████ to drive up Haleakala Highway to pick him up. While they drove mauka bound on Haleakala Highway, ████ began to accelerate to more than sixty miles per hour while swerving on the roadway. He demanded that she pull over because he was worried that she was out of control and not thinking about their son. After ████ pulled over on Haleakala between North Firebreak Road and Keahua Road, she began to punch him in the face and pulled his hair. He pushed her off him, pulled the ignition key out, and exited the vehicle.

████ then followed him on foot for about two hundred feet makai bound on the roadway when she again began to slap, punch him, as she demanded that he return her keys. He asked ████ to tell ████ drive up to ████'s vehicle to retrieve K███ . When he saw that K███ was out of the vehicle he gave ████ back her keys and he and ████ ran into the bushes to hide from her. After ████ drove toward North Firebreak Road, he asked ████ to call ████████ (hereinafter referred to as "████"), his mother-in-law to pick up K███ .

After ████ called him and stated she had K███ within her vehicle, he agreed meet with Officers at the intersection to give his side of the story.

Report: r_lw1ni.frx                    Printed at: 12/8/2020 10:02                    Page 15 of 27

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

Kaulana stated he was not injured as a result of this altercation.

On October 17, 2020 at approximately 2248 hours, Officer Masuda issued Kaulana a Warning Citation (Maui Police Department Form 101) prohibiting him from having any contact with ████ and to stay away from the residence, located at ████████ in ███. Said Warning Citation is set to expire on October 20, 2020 at 1800 hours.

Officer Landsieldel made contact with ██████ who related he had dinner with at Ale House with ███, Kaulana and K███e. ████, Kaulana and K███ left after dinner at approximately 2045 hours, he received a phone call from Kaulana asked for him to be picked up. As he and ███ were traveling mauka on Haleakala Highway, he observed Kaulana holding his cell phone in the air on the shoulder of Haleakala Highway just above North Fire Break Road. ██████ further observed that Kaulana`s head was down and he was hunched over, ████ had Kaulana`s shirt in her right hand pull on it from the collar area. ████ was hitting Kaulana to the right side of his head with what appeared to be a closed fist, striking him with the bottom of her hand.

Upon review of this report, the following follow up is needed at this time.

1. Re-contact victim, ████ for statement verification.
2. Conduct a Criminal History check on Kaulana.

VICTIM RE-CONTACTED: █████████████████

On October 21, 2020 at approximately 0926 hours, this Officer made contact with ████ via phone ███████████ and she related she did not want to go over her statement she provided. She does not want to press charges against Kaulana. On the night of the incident, she called the police because she was worried about her son. She did not want to complete the Victim Voluntary Statement and the Strangulation Supplemental forms.

████ stated she and Kaulana have been dating for about three (3) years and they have a son, K███ in common.

She and Kaulana have their arguments, however this was the first time he has been physical with her.

She thinks Kaulana may have felt threatened and reacted the way he did to protect himself as she was trying to get her purse away from him. She did not want him going through her purse because she did not want him to grab his wallet and leave. She remembers yelling at Kaulana but does not remember what she said.

At no time during the incident, Kaulana put his hands around her neck. Kaulana did not choke her nor did he impede her breathing. He immediately let go of her hair when she told him to do so.

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

During the incident, she felt like she could not breathe because of the angel of her body as she was between the front seats of the vehicle and her neck was bent back over the center console. She also believes the medication she takes for her Hyperthyroidism and a heart condition may have elevated her heart rate, making it difficult to breathe.

As of today (10/21/20), she and Kaulana are trying to reconcile. They have been communicating through her mother, Susan regarding K█████.

Nothing further to add at this time.

End of Interview: 0934 Hours

EVIDENCE:

Item No.1:

CD-R containing audio interview of █████.

Interview Date:  October 21, 2020
Interview Times: 0926 hours - 0934 hours

Property Control Number: 148016-767811

CHILD PRESENT:

K█████ M█████████-K█████████ who was born April 25, 2019, was approximately one (1) years old at the time this incident, which occurred on October 17, 2020.  K█████ is the mutual son of █████ and Kaulana.

CRIMINAL HISTORY CHECK:

On October 21, 2020, utilizing Criminal Justice Information Center (CJIS), this Officer conducted a check for a criminal arrest record on: Kaulana ALO-KAONOHI; SSN: █████████; DOB: █████████.

Checks revealed a total of twenty (20) severities; which include two (2) felony convictions, seven (7) felony non-convictions, two (2) pending felonies, three (3) misdemeanor non-convictions and six (6) petty misdemeanor, violations convictions.

ADDITIONAL INFORMATION:

Refer to reports submitted under MPD Report 20-037327 for additional information.



# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

SUMMARY OF INVESTIGATION:

On October 17, 2020 at about 2020 hours, ████ reported she and her boyfriend with a child in-common, Kaulana, were involved in a verbal argument within ████`s vehicle bearing Hawaii license plates ████ while it was parked on Haleakala Highway near North Firebreak Road in Kahului. ████ reported the argument turned physical when Kaulana grabbed her hair and pushed her head backwards over the center console, causing pain and her breathing to be impeded for five seconds. Their one-year-old son was present and witnessed this incident.

On October 17, 2020 at approximately 2125 hours, with the assistance of Officer Masuda, ████ completed a Victim Voluntary Statement Form (MPD Form 100) indicated that she was "physically hurt, harmed, sustained pain, or injured because of this alteration" by her boyfriend, Kaulana. ████ also indicated K████ was present and witnessed the altercation. ████ authenticated the aforementioned form by initialing and signing her name on it.

On October 17, 2020 at approximately 2137 hours, with the assistance of Officer Masuda, ████ completed a Strangulation Supplement Form (MPD Form 100-b) indicating while Kaulana pulled her head backwards for approximately five (5) seconds she could not breathe.

On October 17, 2020 at approximately 2204 hours, Kaulana willingly returned to the scene and was placed under arrest for the offense of Felony Abuse of a Family or Household Member - Strangulation and Felony Abuse of a Family Member - In the Presence of a Minor. Kaulana was transported to the Wailuku Police Station for processing without incident.

On October 17, 2020 at approximately 2234 hours, while within the Wailuku Station Processing Room Kaulana was advised of his Constitutional Rights utilizing MPD Fomr 103. Kaulana acknowledged that he understood his Constitutional Right by initialing and signing his name on the abovementioned form. Kaulana related that he was willing to waive his Constitutional Rights and provided the following statement.

In short, he and his girlfriend, ████ had left Ale House and were heading home within vehicle ████. ████ was upset because she used her card to pay for dinner. He knew she would be upset because she had several drinks with dinner. As they left the restaurant, he called ████ to pick him up on Haleakala Highway.
They began arguing while traveling mauka on Haleakala Highway and ████ accelerated to over 60 miles per hour while swerving on the roadway. He demanded for ████ to pull over because he was worried that she was out of control and not thinking about K████. ████ pulled over and she began to punch him in the face and pulled his hair. He then pushed her off, pulled the keys out of the ignition, exited the vehicle and ████ followed him.

Once ████ arrived and he knew K████ was with ████, he gave ████ back her car keys.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

On October 17, 2020 at approximately 2248 hours, Officer Masuda issued Kaulana a Warning Citation (Maui Police Department Form 101) prohibiting him from having any contact with ███ and to stay away from the residence, located at ████████████ in ███. Said Warning Citation is set to expire on October 20, 2020 at 1800 hours.

On October 21, 2020, this Officer contacted ████ and she related she does not desire prosecution. She stated, during the incident Kaulana`s hands were not around her neck. He did not choke her nor did he impede her breathing. She felt like she could not breathe due to the positioning of her body that was between the front seats of the vehicle and her neck was bent back. She also believes her medication may have elevated her heart rate, making it difficult to breathe.

DISPOSITION:

Referred to the Office of the Prosecuting Attorney for review.

_____
Ashley GANDAULI          E-15404
Criminal Investigation Division
Domestic Violence Unit
Date:     October 22, 2020     Time:   1040 hours

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 10/17/2020 22:53:34 | INTIAL REPORT | (15493) LANDSIEDEL, STEVEN N |
| **Contact Name** | | **Supervising Officer** |
| | | (13830) ARNDS, DENNIS L |

**Location Comment:**

---

## Other Persons Involved

| Name Code | Seq. # | Name (Last, First, M) | | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **Involved, Other** | **1** | ALO KAONOHI, KAWENA | | H | M | |
| **Address** | | , HI | **SSN** | | **Home Phone** | |
| **Employer Name/Address** / | | | **Occupation** | | **Business Phone** | |
| **Insurance Company** | **Policy Number** | **Expiration Date** | **Driver's License** HI | | **Cellular Phone** | |

| Name Code | Seq. # | Name (Last, First, M) | | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **Involved, Other** | **2** | | | H | F | |
| **Address** | | , HI | **SSN** | | **Home Phone** | |
| **Employer Name/Address** / | | | **Occupation** | | **Business Phone** | |
| **Insurance Company** | **Policy Number** | **Expiration Date** | **Driver's License** HI | | **Cellular Phone** | |

| Name Code | Seq. # | Name (Last, First, M) | | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **Involved, Other** | **4** | | | W | F | |
| **Address** | | , HI | **SSN** | | **Home Phone** | |
| **Employer Name/Address** SELF EMPLOYED / | | | **Occupation** | | **Business Phone** | |
| **Insurance Company** | **Policy Number** | **Expiration Date** | **Driver's License** / | | **Cellular Phone** | |

---

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Notes

Ofc. Steven LANDSIEDEL E#15493
D1, Beat 20, Kahului
Wailuku Patrol Division

ASSIGNMENT/ARRIVAL:

On 10/17/20 at about 2031 hours, I was assigned by Dispatch to respond to the area of Haleakala Highway and North Firebreak Road in Kahului, County of Maui, State of Hawaii for an abuse type case. I arrived at about 2037 hours and the following events transpired.

OBSERVATION/ACTIONS:

When I arrived I observed vehicle bearing Hawaii license plate ▮▮▮▮ parked on the shoulder of the Kahului bound lanes, at the intersection of Haleakala Highway and North Firebreak Road. There was a female seated within the driver seat who was crying and emotionally distraught. She was later identified as ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ She was talking with Ofc. C. MASUDA and was having a hard time focusing and relaying information.

While Ofc. C. MASUDA was speaking to ▮▮▮ a Toyota pickup pulled. I approached the vehicle to ascertain if the operator was in need of assistance. The operator related that she was the mother of ▮▮▮ and identified herself as ▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮ gave the following statement.

STATEMENT OF: ▮▮▮▮▮▮▮▮▮▮▮▮

Interviewed near the intersection of Haleakela Highway and North Firebreak Road.

▮▮▮ related that she had just received a phone call from Kaulana ALO KAONOHI (Kaulana) who is ▮▮▮▮'s boy friend and the father to their child K▮▮ M▮▮▮▮▮▮-K▮▮▮▮▮ (K▮▮▮). He informed ▮▮▮ that he and ▮▮▮ got into an argument and that he called his brother ▮▮▮▮▮▮▮▮▮▮▮, and asked him to come and pick up K▮▮▮. Kaulana informed her that ▮▮▮ and his girlfriend ▮▮▮ came and got K▮▮ and asked that ▮▮▮ meet with ▮▮ so she could pick up K▮▮.

▮▮▮ related that she was in contact with ▮▮ via phone and that she and K▮▮ were safe and in the parking lot of Lowe's awaiting her arrival. Susan believes that ▮▮▮ Kaulana, ▮▮▮▮▮▮▮▮▮▮ were all out watching the "fights" or having dinner. She is not sure what started the argument and related that her daughter has acted "erratic" in the past but not recently. ▮▮▮ further related that ▮▮▮, Kaulana and K▮▮ all live

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

with her at ███████████ in ███.

Nothing further to add at this time.

CHECKS MADE:

I then followed ██████ to Lowe`s to verify that K███ was safe and with ███. I arrived at Lowe`s and made contact with ███ who was seated within the driver seat of vehicle bearing license plate ███ (HI). ███ had K███ with her and he was in good health. K███ was then released to his grandmother ███ and I obtained the following statement from ███.

STATEMENT OF ████████████

Interviewed within the Lowe`s parking lot located at 214 Hookele Street in Kahului.

███ related that she and her boyfriend were with Kaulana, ████ and their sone K███ having dinner at Ale house. After dinner she and her boyfriend ██████ left, shortly after at about 2045 hours, ██████ received a phone call from his brother Kaulana requesting that they come and pick up K███.

███ related that they located the vehicle and that K███ was within by himself. She and ████ got out and she could hear what sounded like Kaulana and ████ arguing on the "side" of the car but did not see them. ████ then grabbed K███ and gave him to her. She and K███ then left the area leaving ████ there with Kaulana and ████.

███ drove to Lowe`s were she got in contact with K███`s grandmother ███, ███ and police arrived shortly after.

Nothing further to add at this time.

OFFICER ACTIONS:

I then followed ████ and K███ back to the intersection of Haleakela Highway and North Firebreak Road. While there Kaulana and ████ arrived. I then obtained a statement from ████.

STATEMENT OF ██████████████

Interviewed near the intersection of Haleakela Highway and North Firebreak Road.

██████ related that he, his girlfriend ███ Kaulana ████ and their son K███ were eating dinner at Ale house in Kahului. Kaulana, ████ and K███ left after dinner. At about 2045 hours, he received a phone call from his brother Kaulana asking him to come pick him up. Kaulana never related where he was at. While

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

████ and ████ were en route to pick up Kaulana, he observed Kaulana on the shoulder of Haleakela Highway just above North Firebreak. Kaulana was holding a cell phone out in the air. ████ further observed that Kaulana`s head was down and he was hunched over, ████ had Kaulana`s shirt in her right hand hand pull on it from the collar area. ████ was hitting Kaulana to the right side of his head with what appeared to be a closed fist, striking him with the bottom of her hand.

████ further related that Kaulana and ████ are approximately two hundred feet away from there vehicle which is farther up on the shoulder. ████ realized that his nephew K████ is in the vehicle by himself. ████ then separates ████ and Kaulana, ████ goes after Kaulana again.

████ realizes ████ is not going to stop and he runs up to where K████ is and takes him out of the vehicle. ████ gives K████ to ████ and he calls ████ at this point, asking her to come and pick up K████ from ████.

After ████ and K████ leave the area, ████ makes his way back towards Kaulana and ████. ████ passes him walking to her vehicle. ████ then leaves the area and begins making loops on the highway trying to locate ████ and Kaulana. She then stops near the intersection of Haleakela and North Firebreak and police arrive shortly after.

Nothing further to add at this time.

WOMEN HELPING WOMEN:

On 10/18/20 at about 0009 hours, Women Helping Women were contacted and I spoke with ████ ████ who was then informed of the information pertaining to this case.

ADDITIONAL INFO:

Refer to all other reports submitted.

Ofc. Steven LANDSIEDEL E#15493
Wailuku Patrol Division
10/18/20 @ 0028 hours

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 10/18/2020 04:08:47 | EVIDENCE | (15516) MASUDA, CHARLES-BLASE P |
| Contact Name | | Supervising Officer |
| | | |

Location Comment: <sup>123</sup>

## Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| **1** | CD-R CONTAINING DIGITAL IMAGES | | | |

| Property ID | Owner | License / State | Color |
|---|---|---|---|
| 767442 | STATE OF HAWAII | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (15516) MASUDA, CHARLES-BLASE | 1.00 | DU | $1.00 |

| Related Property Notes | Main Property Notes |
|---|---|
| | |

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Notes

147848 Voucher ID created for this supplement. 20-037327

Felony Abuse - Strangulation

Eight (8) digital images taken of the victim and scene. The images were transfered to CD-R and submitted as evidence under this report number.

CM e#15516
10/17/20 @ 2139 Hours
PCN:

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

## Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 11/09/2020 17:19:52 | COMPLAINANT STATEMENT | (15547) PACLIB, NICHOLE R |
| Contact Name | | Supervising Officer |
| ███████████████ | | (13830) ARNDS, DENNIS L |
| Location Comment: | | 123 |

## Supplement Notes

Officer Nichole PACLIB
ACS/Wailuku
11/09/2020


ASSIGNMENT:

On 11/09/2020, at approximately 1720 hours, while assigned to ACS at the Wailuku Police Station, a female, later identified as ███████████████████████████ requested to withdrawal her complaint in an Abuse incident that occurred on 10/17/2020, documented under report #20-037327.

COMPLAINANT STATEMENT: ████████████████████████

On 11/09/2020, while at the Wailuku Police Station, ███████████ related that she no longer desired to pursue prosecution in the Abuse case reported on 10/17/2020, between her and her boyfriend, Kaulana ALO KAONOHI (hereinafter "ALO KAONOHI"). ████████████ related that she and ALO KAONOHI have reconciled their relationship.
Nothing further to add.

WITHDRAWAL OF PROSECUTION:

On 11/09/2020, at approximately 1538 hours, ███████████ indicated her desire to Withdrawal her complaint for prosecution in the Abuse case, documented under report # 20-037327.

Refer to MPD form 403, attached.


DISPOSITION:

Forward to Prosecutors for Review

---

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

# Incident/Investigation Report

**Agency:** MPD          **Case Number:** 20-037327          **Date:** 12/8/2020 10:02:00

N. PACLIB
E#15547
11/09/2020 @ 1728 HOURS

This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Maui Police Department policy.

Report #20-057327

# ABUSE OF A FAMILY OR HOUSEHOLD MEMBER VICTIM VOLUNTARY STATEMENT FORM

Were you physically hurt, harmed, sustained pain, or injured because of this altercation?   Yes / No   Initial _____

Are you in need of medical treatment as a result of this incident?   Yes / No   Initial _____

We are asking for your assistance to complete this form by providing us with a written statement. If you are unable to do so, the Police Officer will write your statement for you and allow you to make any necessary corrections before you sign this form. YOU ARE NOT REQUIRED TO COMPLETE THIS FORM. Additional writing space is provided on the reverse side of this form.

**I will give a written statement (initial)** _yes_   **I will NOT give a written statement (initial)** _____

1. Were any children present /witnesses to the incident being reported?   Yes / No   **Initial** _____

Name ████ M ████ Age 1.5 yrs Sex M Relationship to you _Son_   Relationship to person who hurt you _Son_

Name _____ Age ____ Sex _____ Relationship to you _____   Relationship to person who hurt you _____

Name _____ Age ____ Sex _____ Relationship to you _____   Relationship to person who hurt you _____

2. Who hurt you (First, Middle, and Last name) and what is your relationship to that person (Type of relationship and how long)?
Kaulana Alo-Kamohai, Boyfriend - 3 years

3. Where and when did this occur (date, time, and location)? 10/17/20 - 8:20 pm firebreak hgt of da hwy

4. Describe how you were physically abused (i.e., slapped, punched, kicked, strangled, etc.). Indicate what hand, leg, or body part was used?
Hair pulled pushed down on with hands

5. What part(s) of your body hurt and/or have injuries and what type of injuries (to the best of your knowledge)?
bruising on head

6. Describe in your own words what happened. Include anything before or after the incident. We were arguing
I pulled over on the side of the road. He wanted to leave

7. Where was/were the minor or minors during the altercation (location and distance)? He was in his
carseat located in the carseat behind the driver seat less then
a foot behind me.

8. Was/Were the minor or minors affected by the alteration (What was their demeanor prior, during, and after the incident)?
Baby was startled by yelling & then calm, no crying after I shut
(crying)

I affirm this information was written by me or by Officer ████████████████ at my request.

**Print name** ████████████████   **Signature** ████████████████

**Signature of Witnessing Officer** ____ 1556   **Employee No.** 1556   **Date** 10/17/20   **Time** 2125 Hours

MPD Form No. 100 (04/2020)                                                                                 Page 1 of 2

inches

9. Has the suspect physically abused you before?  Yes _____ No ✓

10. Does the suspect have access to firearms?  Yes _____ No _____

11. Did you tell anyone after the incident? Yes _____ No _____ ███████████████

If yes, name and contact information. ███████████████

Additional space for writing as needed (indicate what sections are being continued): he called his brother to come & get him and asked for wallet in my bag. I grabbed my bag he tried to grab it away from her & then grabbed me by the hair and repeatedly pushed my head into the chair yelling at me. He grabbed the keys & my bag & ran away from my car.

When he grabbed my hair at one point he had pushed my head back in between the seats, and I was having trouble breathing.

I affirm this information was written by me or by Officer _____

Print name ███████████████     Signature ███████████████

Signature of Witnessing Officer _____     Employee No. _____     Date 10/17/20     Time 2125 HRS

MPD Form No. 100 (04/2020)                                    Page 2 of 2

# MAUI POLICE DEPARTMENT - STRANGULATION SUPPLEMENT

CASE # 20-037327   INCIDENT DATE 10/17/20   TODAY'S DATE 10/17/20

## INFORMATION

### TO BE COMPLETED BY POLICE OFFICER

Name (Last, first, middle)_____   DOB_____   Contact #_____

1. Method and/or Manner (how were you strangled?)  ○ One Hand – R  ○ One Hand – L  ○ Two Hands  ○ Forearm  ○ Knee/Foot
   ○ Chokehold   Other (explain) HE PULLED   HER HEAD BACKWARDS FOR ABOUT 5 SECONDS

2. Is the Suspect right or left handed?  ● Right Handed   ○ Left Handed   ○ Unknown

3. Estimate how long you were strangled _____ Minute(s)  5  Second(s)  Multiple times?  ○ Yes #_____  ● No

4. Estimate Pressure Used (check)  ○1 ○2 ○3 ○4 ○5 ○6 ○7 ●8 ○9 ○10  (1=WEAK – 10 = EXTREMELY STRONG)

5. What did Suspect say during Strangulation? DOES NOT RECALL.

6. Describe Suspect's demeanor during strangulation? ANGRY, FURIOUS

7. In your own words decribe how you were strangled: FORCE OF HER HEAD BEING PULLED BACKWARDS
   OVER THE CENTER CONSOLE

8. What did you think was going to happen during strangulation? SHE COULDN'T BREATHE.

9. Did you physically stop or attempt to physically stop the strangulation? ● Yes #_____  ○ No ENTIRE TIME.

10. What stopped the strangulation? SHE BEGGED HIM TO STOP HE EVENTUALLY LET UP

11. Has Suspect strangled you before?  ○ Yes #_____  ● No

## SYMPTOMS

| SYMPTOMS | DURING | AFTER | VOICE CHANGES | SWALLOWING CHANGES |
|---|---|---|---|---|
| Unable to breathe | ☒ | ☐ | ☐ Painful to speak | ☐ Neck tenderness |
| Difficult to breathe | ☒ | ☐ | | |
| Physical pain | ☐ | ☐ | ☐ Raspy/hoarse voice | ☐ Trouble swallowing |
| Rapid breathing | ☒ | ☒ | ☐ Coughing | ☐ Painful to swallow |
| Shallow breathing | ☒ | ☐ | | |
| Coughing up blood | ☐ | ☐ | ☐ Unable to speak | ☐ Neck pain |
| Nausea | ☐ | ☐ | ☐ Whispering | ☐ Other_____ |
| Vomiting/dry heaving | ☐ | ☐ | | |
| Dizziness | ☐ | ☐ | ☐ Other_____ | |
| Headache | ☐ | ☐ | Explain other_____ | |
| Feel faint | ☐ | ☐ | | |
| Disoriented | ☐ | ☐ | | |

12. Loss of consciousness? ☐ Yes  ☒ No  ☐ Not sure   Unexplained injury? Describe _____

13. Any change of loss of hearing during/after strangulation? ☐ Yes  ☒ No Describe _____

14. Any change or loss of vision during/after strangulation?  ☐ Yes  ☒ No Describe _____

15. How did your body/head feel during/after strangulation?  Describe NO _____

16. Did you...  ☐ Urinate  ☐ Defecate  ☐ Feel the urge to do one or both? _____

| FACE | EYES AND EYELIDS | NOSE | EARS |
|---|---|---|---|
| ☐ Red or flushed | ☐ Petechiae to R eye | ☐ Petechiae | ☐ Petechiae on ear(s) |
| ☐ Petechiae | ☐ Petechiae to L eye | ☐ Scratch(es) or abrasion(s) | ☐ Bleeding from ear(s) |
| ☐ Scratch(es) or abrasion(s) | ☐ Petechiae to R eyelid | ☐ Swelling | ☒ Bruising/discoloration/ |
| ☐ Sweating | ☐ Petechiae to L eyelid | ☐ Other_____ | petechiae behind ear(s) |
| ☐ Bruising | ☐ Blood in eyeball(s) | | ☒ Swelling |
| ☐ Other | ☐ Other_____ | | ☒ Other_abrasion behind R side HT ear. |

Explain other _____

| MOUTH | UNDER CHIN | CHEST | SHOULDERS |
|---|---|---|---|
| ☐ Bruise(s) | ☐ Redness | ☐ Redness | ☐ Redness |
| ☐ Swollen tongue | ☐ Scratch(es)/abrasion(s) | ☐ Scratch(es)/abrasion(s) | ☐ Scratch(es)/abrasion(s) |
| ☐ Swollen lip(s) | ☐ Laceration(s) | ☐ Laceration(s) | ☐ Laceration(s) |
| ☐ Scratch(es)/abrasion(s) | ☐ Bruise(s) | ☐ Bruise(s) | ☐ Bruise(s) |
| ☐ Other_____ | ☐ Fingernail impression(s) | ☐ Other_____ | ☐ Other_____ |
| | ☐ Other_____ | | |

| NECK | HEAD |
|---|---|
| ☐ Redness | ☐ Petechiae on scalp or head |
| ☐ Tenderness/pain | ☐ Laceration(s) |
| ☐ Finger mark(s) | ☐ Scratch(es)/abrasion(s) |
| ☐ Scratch(es)/abrasion(s) | ☐ Hair pulled |
| ☐ Fingernail impression(s) | ☐ Bump(s) |
| ☐ Bruise(s) | ☐ Other_____ |
| ☐ Ligature mark(s) | |
| ☐ Petechiae | |
| ☐ Swelling | |
| ☐ Other_____ | |

### ***PLEASE TAKE PHOTOGRAPHS***
**Diagram all injuries on the Victim**



Describe any other injuries or symptoms _____

_____

_____

I affirm this information was written by Officer _MASUDA_ and is true and correct.
*Please review entire form and attached V.V.S. (MPD Form 100) pr██████████████

Print Name ███████████████     Signature ███████████████

Signature of Witnessing Officer     Employee No. _15376_     Date _10/17/20_     Time _2137 Hours_

MAUI COUNTY POLICE DEPARTMENT

# WARNING CITATION
# ABUSE OF FAMILY OR HOUSEHOLD MEMBER

DISTRICT: 1   BEAT: 22   CENSUS: ▮   REPORT NO.: 20-037327

NAME: KAULANA ALO KAONOHI   ALIAS:

STREET ADDRESS: ▮

SEX: M   DOB: ▮   AGE: 30   HGT.: 5'9   WGT.: 230

TATTOOS/SCARS/OTHER MARKS:

Having reasonable grounds to believe that there has been physical abuse and/or physical harm, and there is probable danger of further physical abuse, or further physical harm upon

▮   by: KAULANA ALO KAONOHI   ;
(name of victim)                     (name of violator)

KAULANA ALO KAONOHI   is hereby ordered to leave the premises
(name of violator)

located at: ▮   for a period of separation which expires on:

10/20/20   at: 6:00   AM/PM. He/she will be allowed to enter the premises on one occasion with police escort to collect any necessary personal effects. You are not to initiate contact with the victim directly or through a third party. Contact is to include in person, telephone, writing or electronic contact (by recorded message, pager, text message, e-mail, etc.) P.M. (initial)

Refusal to comply with this order to leave, or return to the premises before the expiration of this warning citation shall result in arrest. Refusal to comply with this order is a misdemeanor punishable by a maximum penalty of one (1) year in jail and/or a maximum fine of $2,000.00 and a minimum jail sentence of 48 hours and domestic violence treatment counseling.

DATE OF ISSUE: 10/17/20   TIME OF ISSUE: 2248/10:48 AM/PM

LOCATION OF ISSUANCE: 55 MAHALANI ST. WAILUKU

ISSUED BY OFFICER: C. MASUDA   EMPLOYEE NO.: 15516

White  - Police Copy
Yellow - Violator's Copy
Pink   - Victim's Copy

MPD FORM NO. 101 (01/14)

## MAUI COUNTY POLICE DEPARTMENT

### YOUR CONSTITUTIONAL RIGHTS

TO: _KAULANA  ALO  KAONOHI_     POLICE REPORT NO.: _20-057327_

(Print or type name of person warned)

### **WARNING OF RIGHTS**

Before we ask you any questions, we want to tell you about your rights. _K.K_

You have the right to remain silent. _K.K_

Anything you say can be used against you in court. _K.K_

You have the right to talk to a lawyer for advice before we ask you any questions and to have your lawyer with you during questioning. _K.K_

If you cannot afford a lawyer one will be appointed for you before any questioning. _K.K_

**(Additional Warnings to Juveniles)**

You have the right to talk to your parents, guardians, or any other adult before you are asked any questions and to have any one of them present with you during questioning._____

In certain instances, you may be subject to the same penalties and punishment as an adult._____

I understand the English language.  I have read and heard this statement of my rights and I understand what my rights are.

Signed _Kaulana Alo-Kaonohi_

Date _10/17/20_     Time _10:38 pm_

Would you like to waive your rights and speak with me now?    YES _K.K_   NO_____

Warnings given by _____ 1556_   Date _10/17/20_   Time _2233 Hours_

Witness _____   Date _____   Time _____

MPD Form No. 103 (9/2011)

REPORT NO. 20-037327
DIST. NO. 1

## MAUI POLICE DEPARTMENT

### ACKNOWLEDGEMENT OF BAIL BOND BEING SET

NAME OF
DEFENDANT: KAULANA ALO KAONOHI
CHARGE: 709-906 FELONY ABUSE STRANGULATION
709-906 FELONY ABUSE - IN THE PRESENCE OF A MINOR UNDER 14 YEARS OLD.
(Section of Law)     (Offence)
CHARGE PLACED BY: SGT. D. ARNDS     10/17/20   0255 Hours
(Name of Officer)     (Date & Time)

Bail of $10,000.00 has been set in accordance with Minute Order No. 70, "In the Matter of the Setting of and Admitting to Bail of Accused Person's, " issued by the Judge of the second Circuit Court, Wailuku, Maui, Hawaii.

I hereby acknowledge that the above information was furnished to the undersigned at

WAILUKU _____ Maui, Hawaii.

_____
(Signature of Defendant)

Date: 10/17/20     Time: 2246 Hours

Witnessed by: _____ 1556

Form No. 121

| User: CPMAS | Maui Jail Division | 10/17/2020 23:28:31 |
|---|---|---|

## Print Screening
## Inmate Suicide Screening Report

**Booking #:** 2003838     **Inmate:** ALO KAONOHI, KAULANA    **Race:** H    **Sex:** M    **DOB:** ▮▮▮▮

**Screening Officer:** (15516) MASUDA, CHARLES-BLASE P     **Date/Time** 10/17/2020 23:28:16

| Q. # | Question | Answer Notes |
|---|---|---|
| 1 | Does the officer believe the detainee is a medical, mental or suicide risk now? | N |
| 2 | Observation of Assaultive Behavior? | N |
| 3 | Observation of loud or obnoxious behavior? | N |
| 4 | Observation of any noticable scars? | N |
| 5 | Observation of bizarre behavior? | N |
| 6 | Observation of alcohol or drug withdrawl? | N |
| 7 | Observation of unusual suspiciousness? | N |
| 8 | Observation of hearing or seeing voices or visions? | N |
| 9 | Observation of pain or injury? If YES, explain | N |
| 10 | Observation of other signs of depression? | N |
| 11 | Observation of crying or tearful? | N |
| 12 | Observation of confusion? | N |
| 13 | Observation of being uncooperative? | N |
| 14 | Observation of being passive? | Y |
| 15 | Observation of being intoxicated? | N |
| 16 | Observation of being scared? | N |
| 17 | Observation of being incoherent? | N |
| 18 | Observation of being embarassed? | N |
| 19 | Observation of body deformities? | N |
| 20 | Was treatment refused? Yes or No | |

X _____ 15516
Signature of Officer

| User: RBDELA | **Maui Jail Division** | 10/17/2020 22:27:06 |
|---|---|---|

## Print Screening

## Inmate Medical Screening Report

**Booking #:** 2003838          **Date/Time:** 10/17/2020

**Inmate:** ALO KAONOHI, KAULANA          **Race:** H     **Sex:** M     **DOB:** ▮▮▮     **SSN:** ▮▮▮

**Screening Officer:** (30800) DELA CRUZ, ROEL ANDREI B          **Date/Time** 10/17/2020 22:25:55

**Reviewed By (Nurse):** _____     **Date:** _____     **Time:** _____

| Q. # | Question | Answer Notes |
|---|---|---|
| 1 | Observation of assaultive behavior? | N |
| 2 | Observation of loud or obnoxious behavior? | N |
| 3 | Observation of any noticeable scars? | N |
| 4 | Observation of any bizarre behavior? | N |
| 5 | Observation of alcohol or drug withdrawal? | N |
| 6 | Observation of unusual suspiciousness? | N |
| 7 | Observation of hearing or seeing voices or visions? | N |
| 8 | Observation of pain or injury? If YES, explain | N |
| 9 | Observation of other signs of depression? | N |
| 10 | Observation of crying or tearful? | N |
| 11 | Observation of being confused? | N |
| 12 | Observation of being uncooperative? | N |
| 13 | Observation of being passive? | Y |
| 14 | Observation of being intoxicated? | N |
| 15 | Observation of being scared? | N |
| 16 | Observation of being incoherent? | N |
| 17 | Observation of being embarassed? | N |
| 18 | Observation of deformities | N |
| 19 | Are you currently under a physician`s care? If yes, explain. | N |
| 20 | Are you currently pregnant? If yes, how many months? | N |
| 21 | Are you currently taking medications? If yes, list type(s), dosage(s), frequency and for what condition. | N |
| 22 | Do you suffer from Hepatitis? | N |
| 23 | Do you suffer from shortness of breath? | N |
| 24 | Was detainee a medical, mental or suicide risk during any prior arrest or confinement with the Maui Police Department? | N |
| 25 | Do you suffer from abdominal pains? | N |
| 26 | Do you suffer from high blood pressure? | N |
| 27 | Do you suffer from tuberculosis? | N |
| 28 | Do you suffer from schizophrenia? | N |
| 29 | Do you suffer from alcohol addiction? | N |
| 30 | Do you suffer from epilepsy or blackouts? | N |

Booking #: 2003838          Date/Time: 10/17/2020

Inmate: ALO KAONOHI, KAULANA          Race: H      Sex: M      DOB: ▮▮▮▮      SSN: ▮▮▮▮

Screening Officer:  (30800) DELA CRUZ, ROEL ANDREI B          Date/Time 10/17/2020 22:25:55

Reviewed By (Nurse): _____          Date: _____      Time: _____

| Q. # | Question | Answer Notes |
|------|----------|--------------|
| 31 | Do you suffer from heart disease? | N |
| 32 | Do you suffer from chest pains? | N |
| 33 | Do you suffer from ulcers? | N |
| 34 | Do you suffer from major depression? | N |
| 35 | Do you suffer from venereal disease? | N |
| 36 | Do you suffer from diabetes? | N |
| 37 | Do you suffer from drug addiction? | N |
| 38 | Do you suffer from asthma? | N |
| 39 | Do you suffer from bipolar disease? | N |
| 40 | Do you suffer from any other medical condition? | N |
| 41 | Have you ever attempted suicide? If yes, when, how and why? | N |
| 42 | Have you ever considered suicide? If yes, when and why? | N |
| 43 | Are you now or have you ever been treated for mental health or emotional problems? If yes, when? | N |
| 44 | Were you treated as an inpatient? | N |
| 45 | Were you treated as an outpatient? | N |
| 46 | What condition were you treated for? | N |
| 47 | Have you recently experienced a significant loss (job, death of a family member or close friend, relationship, etc.) If yes, explain. | N |
| 48 | Has a family member or close friend ever attempted to commit suicide? If yes, explain. | N |
| 49 | Do you feel that there is nothing to look forward to in the immediate future? (Expressing helplessness or hopelessness). If yes, explain. | N |
| 50 | Are you thinking of killing yourself? If yes, explain. | N |
| 51 | Was treatment refused? Yes or No | |

X _____          # 30800
Signature of Officer

| User: RBDELA | **Maui Jail Division** | 10/17/2020 22:27:32 |

**Taken Property Receipt**

## INMATE PROPERTY TAKEN FORM

Inmate name: _ALO KAONOHI, KAULANA KAPEHEHOLANA_  Date: Time: _10/17/2020 22:27:13_

Arresting Agency: _MPD_  Booking #: _2003838_

| Item | Qnty | Received From | Received Date | Bin Location |
|------|------|---------------|---------------|--------------|
| IDENTIFICATION / OTHER ID (SEE NOTES) Note: Hawaii State Id | 1.00 | Alo Kaonohi, Kaulana | 10/17/2020 | JAIL | WAILUKU | STORAGE CLOSET | 1 | |

I, _Russell, Michael D_ hereby receive the listed items of personal property belonging

to: _ALO KAONOHI, KAULANA KAPEHEHOLANA_  Date: _10/17/2020 22:27:13_ .

All of the items of personal property listed above have been received on _10/17/2020_ .

Received From X _____  Taken By X _____ #30800
Signature                                    Officer Signature

_____
Print

_iprpntkn_new_

| User: JPWRI | **Maui Jail Division** | 10/18/2020 00:42:09 |
|---|---|---|

**Return Property Receipt**

## INMATE PROPERTY RELEASE FORM

Inmate name:  *ALO KAONOHI, KAULANA KAPEHEHOLANA*            Date:  Time: *10/18/2020 00:41:35*

Arresting Agency:   *MPD*                    Booking #:  *2003838*

| Item | Qnty | Return To | Return Date | Bin Location |
|---|---|---|---|---|
| IDENTIFICATION / OTHER ID (SEE NOTES) Note: Hawaii State Id | 1.00 | Alo Kaonohi, Kaulana | 10/18/2020 | JAIL \| WAILUKU \| STORAGE CLOSET \| 1 \| |

I,  *Wright, Jamie P*                        hereby release the listed items of personal property belonging

to:  *ALO KAONOHI, KAULANA KAPEHEHOLANA*               Date: *10/18/2020 00:41:35*

All of the items of personal property listed above have been released on  *10/18/2020* .

Released To:X *Koulku di Kam*                Released By: X *J.A 12115 J. WEIGHT*

Signature                      Officer Signature

*Kaulana alo-Kaonohi*

Print

*jprprls_new*



# MAUI COUNTY POLICE DEPARTMENT
## OBTS/CCH TRANSMITTAL/ARREST REPORT

☐ P.S. BOOKING ☐ A.G. CASE ☐ OTHER

**ARREST NO**
**20-005855**

| STATE I.D. NO | POLICE DEPT | OBTS TRACKING NO | NCIDENT NO. |
|---|---|---|---|
| | HI HI0050000 | | 20-037327 |

| BOOKING NUMBERS |
|---|
| 20-03838 |

| DEFENDANT'S LAST NAME FIRST MIDDLE | SEX | RACE | AGE | DOB | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| ALO KAONOHI, KAULANA | M | H | 30 | | 5-09 | 230 | BROWN | BROWN |

| AKA (ALIAS) | SSN | OCCUPATION | EMPLOYER/LAST EMPLOYED |
|---|---|---|---|
| KAONOHI, KAULANA | | | |

| ADDRESS | RES PHONE | BIRTHPLACE | CITIZEN | YRS IN STATE | MARITAL |
|---|---|---|---|---|---|
| , HI | | HAWAII | US | 30 | SINGLE |

| PLACE OF OFFENSE | DATE | TIME | SOBRIETY | ALCOHOL |
|---|---|---|---|---|
| N Firebreak Rd / Haleakala Hwy, Kahului, HI | 10/17/2020 | 20:30 | 1 | |

| PLACE OF ARREST/BOOKING | DATE | TIME | COURT DATE/TIME | |
|---|---|---|---|---|
| N Firebreak Rd / Haleakala Hwy, /WAILUKU | 10/17/2020 | 22:02 | MF1 | 2020-11-10/08:00 |

| | ARRESTED FOR | FINAL CHARGE | MOD | CLASS | REPORT NO | BAIL SET | HOW RELEASED | BAIL POSTED | BY WHOM | RECEIPT NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FELONY ABUSE OF | 709-0906 | | FC | 20-037327-001 | 5000 | RBL | 5000 | 24 HR BAIL | 352849 |
| 2 | FELONY ABUSE OF | 709-0906 | | FC | 20-037327-002 | 5000 | RBL | 5000 | 24 HR BAIL | 352849 |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

| | COMPLAINANT LAST NAME FIRST NAME | SEX | HOME ADDRESS (STREET, CITY, STATE) | VISITOR | RES PHONE | BUS PHONE |
|---|---|---|---|---|---|---|
| 1 | | F | HI | N | | |
| 2 | | F | HI | N | ( | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

| ARRESTED BY | ASSISTED BY | HOW ARRESTED | WARRANT NO | BOOKED BY | DATE BOOKED | TIME BOOKED |
|---|---|---|---|---|---|---|
| (15516) MASUDA, CHARLES-BLASE | | INVESTIGATION | | (15521) RUSSELL, | 2020-10-17 | 22:19 |

| TRANSPORTED BY | WARRANT CHECK BY | APPARENT INJURIES (DESCRIBE) | TREATMENT | CUSTODIAL SEARCH |
|---|---|---|---|---|
| (15516) MASUDA, | (15516) MASUDA, | NONE OBSERVED OR COMPLAINED OF | REFUSED | (30800) DELA CRUZ, |

| VEHI | YEAR | MAKE | MODEL | COLOR | LIC NO | STATE | DISPOSITION OF VEHICLE | DISPOSITION OF KEYS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| REGISTERED OWNER LAST NAME FIRST | DRIVER'S LICENSE NO | HOLD FOR INVESTIGATION (LAST NAME) | CHARGED BY |
|---|---|---|---|
| | HI | CID | (13830) ARNDS, DENNIS L |

| RELEASED BY | DATE RELEASED | TIME RELEASED | VICE | DATE/TIME CHARGED |
|---|---|---|---|---|
| (15185) PIGAO, MELVIN R | 10/18/2020 | 00:56 | OTHER | 10/17/2020 / 22:16 |

**SYNOPSIS (DOCUMENT FACTUAL EVIDENCE FOR EACH OFFENSE)**

On 10/17/20 at approximately 2020 hours, the Defendant identified as Kaulana ALO KAONOHI was involved in a physical altercation with his girlfriend, and mother of their one-year-old child, ███████ within her vehicle bearing Hawaii State license plates LFS-951 which was stopped on the shoulder of the roadway on Haleakala Highway and North Firebreak Road in Kahului, County of Maui, State of Hawaii. ALO KAONOHI grabbed █████ by the hair and pulled her head down into the passenger's seat of the vehicle. As the altercation continued, ALO KAONOHI pushed █████ s head backwards by her hair, causing her breathing to be impeded for approximately five seconds. Due to this incident, █████ sustained pain to her head and a small abrasion behind her right ear. This incident was witnessed by their one-year-old son who was seated within the car seat in the vehicle.

On 10/17/20 at about 2202 hours, on the shoulder of Haleakala Highway and North Firebreak Road in Kahului, County of Maui, State of Hawaii, Kaulana ALO KAONOHI was placed under arrest for the offenses of FELONY ABUSE OF A FAMILY OR HOUSEHOLD MEMBER PHYSICAL WITH INJURY - STRANGULATION, FELONY ABUSE OF A FAMILY OR HOUSEHOLD MEMBER PHYSICAL WITH INJURY IN THE PRESENCE OF A MINOR. ALO KAONOHI was transported to the Wailuku Police Station without incident.

| REPORT WRITTEN BY | DATE | TIME | SUPERVISOR APPROVING | EMP NO |
|---|---|---|---|---|
| (15516) MASUDA, CHARLES-BLASE P | 10/17/2020 | 23:10 | (13830) ARNDS, DENNIS L | 13830 |

## POLICE COPY - ORIGINAL

# Exhibit B

███████████ Victim Impact Statement dictated to Melissa Milam, Victim Services Coordinator with the Department of Justice's Civil Rights Division on February 24, 2023.

Your Honor,

This incident happened 9 years ago.  I am really trying to get my life back.  A lot has happened to me throughout my life. ██████████████████████████. Then a couple of other things happened to me that were difficult.  Then in 2014 this happened because of Kaulana.  He attacked me from behind and this severely traumatized me.  It made me afraid to go out – I couldn't even get out of my house to see my aging parents in ████.

What Kaulana did to me, totally ruined my life.  I remember it like it was yesterday.  It was July 20th at 1:20 in the morning that he attacked me from behind and I watched the video of the assault – I have watched it more than 1000 times and I still can't understand why he did this to me. ███████████ ██████████████████████████████████.  He was vicious and I don't know why.  No reason for this behavior.  He is clearly a very angry man.

My question is why?  Why would someone do this to me?  I was nearly a dead man.

I want you to know that I was traumatized and I have PTSD.  I still think about this and every time I hear from someone about this case, it takes me right back to July 20th.  I can't get this out of my mind. For the first five or six years after this vicious assault, I couldn't even go out.   This affected ███████████, my job, my dog – it affected everything.  I really want to be at this upcoming sentencing to support ██ K██████ who I now see as a brother, but it is very painful for me to keep thinking about this and talking about this.

I truly believe that if the police had done what they were supposed to have done to get Kaulana after what he did to me, I wouldn't even be here talking about the impact that this has had on me because he would have been consequenced and not able to do what he did to me.

No amount of money would cure the problems that I still have to day.  The more I watch the video of ██ K██████, the more I remember what happened to me and the more I feel traumatized.

I do believe he has to pay the consequence.  Eight years in prison is not enough for this behavior.  I almost lost my life only because I was born with white skin.  I didn't even have a chance to defend myself.  He is a coward.

I have been diagnosed with Stage 4 PTSD – I saw 9 different doctors including a physical therapist, a mental health doctor, a chiropractor, my family doctor and went countless times to my lawyer's office.  I spent so much time dealing with all of this. The left side of my head is permanently damaged– I continue to have pain and continual headaches and pain throughout my body – especially back pain.  I had 5 stitches due to a head injury.  My nose still gives me trouble because it was cracked.  The physical pain is always there.  The worst pain is the emotional pain.  Even talking about this is really painful for me.  I am disappointed with the system and disappointed with human beings in general.  Who gives one human

being the right to harm another human being?  I didn't even know him and he walked up to me and viciously attacked me.

Kaulana honestly made me change as a person – I used to be shy and because of what he did to me, he makes me want to speak up and talk and tell people to watch their surroundings and he has made me stronger in that I know I have to keep going in my life.  I am a warrior and in spite of everything that he did to me, I will keep going.


Sincerely,

████████