Salina M. Kanai, #8096
Federal Public Defender
District of Hawaii

Craig W. Jerome #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone:   808-541-2521
Facsimile:   808-541-3545
E-Mail:      salina_kanai@fd.org
             craig_jerome@fd.org

Attorneys for Defendant
Kaulana Alo-Kaonohi (01)

In the United States District Court

For the District of Hawaii

| | |
|---|---|
| United States of America, | DC No. 1:20-cr-00136-JMS |
| Plaintiff | Joint Position on Restitution |
| v. | Certificate of Service |
| Kaulana Alo-Kaonohi (01), and Levi Aki, Jr. (02), | |
| Defendants | |

## Joint Position on Restitution

Both defendants and the government have conferred regarding the restitution requested at Paragraph 20a on page 8 of the Presentence Report, and all three parties agree that the total amount of restitution shall be $25,413.91 as set forth below in the table:

| Item | Loss Requested | Loss Agreed Upon |
|---|---|---|
| iPhone | $846.00 | $846.00 |
| Gold chain | $5680.00 | $5680.00 |
| Damage to Land Rover | $7947.98 | $500 due to CK for the deductible; $7447.98 due to CK's insurance company after all restitution payments to CK have been made (18 U.S.C. §§ 3664(f)(1)(B); 3664(j)(1)) |
| Tools/Household Items | $25,088.76 | $78.02 for the loss of the roofing shovel used |
| Medical Costs | $10,861.91 | $10,861.91 |
| Temporary Housing | $5000.00 | None |
| Loss of the Use of the House | $5000.00 | None |
| TOTAL | $60,425.53 | **$25,413.91** |

Unless the Court disagrees, all parties would request that a restitution order reflecting the agreement be entered and the hearing on restitution be vacated. The $25,413.91 in restitution should be owed jointly and severally as to the two defendants. Any unpaid balance should be paid during the period of supervision in monthly installments of 10% of the defendant's gross monthly income commencing 30 days after the start of supervision. Interest should be waived while the defendant is serving any term of imprisonment. All restitution owed to CK shall be paid to CK before any restitution is paid to any insurance company.

Dated: Honolulu, Hawaii, April 3, 2023.

        /s/ Salina M. Kanai
        Salina M. Kanai
        Federal Public Defender
            for the District of Hawaii
        Attorney for Defendant (01)
        Kaulana Alo-Kaonohi

In the United States District Court, in the District of Hawaii;
United States v. Alo-Kaonohi, Cr. No. 20-00136 JMS-01; Joint Position on Restitution

**Certificate of Service**

I, Salina M. Kanai, certify that a true and correct copy of the foregoing was served on the following by the method of service indicated below:

Served electronically via CM/ECF:

| | |
|---|---|
| Micah Smith | micah.smith@usdoj.gov |
| Christopher J. Perras | christopher.perras@usdoj.gov |
| Tara Knoll Allison | tara.allison@usdoj.gov |
| U.S. Department of Justice | |
| Civil Rights Division | |
| 150 M Street, 7th Floor | |
| Washington, DC 20002 | |

Attorneys for Plaintiff
United States of America

Served electronically via email:

| | |
|---|---|
| Justin Jo | justin_jo@hip.uscourts.gov |
| U. S. Probation Officer | |
| 300 Ala Moana Blvd., Room 2300 | |
| Honolulu, Hawaii 96850 | |

Date: Honolulu, Hawaii, April 3, 2023.

/s/ Salina M. Kanai
Salina M. Kanai
Federal Public Defender
   for the District of Hawaii
Attorney for Defendant (01)
Kaulana Alo-Kaonohi